# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available at www.ca11.uscourts.gov.

**Please Type or Print**

Court of Appeals No. __23-13095__

__In Re: Georgia Senate Bill 202__                    vs.    _____

The Clerk will enter my appearance for these named parties or amici curiae (you must list all parties or amici; use extra pages if necessary):

__Defendants Columbia County Board of Elections, Ann Cushman, Wanda Duffie, and Larry Wiggins,__

__members of the Columbia County Board of Elections in their official capacities, Columbia County__

__Board of Registrars, and Nancy L. Gay, Columbia County Chief Registrar, in her official capacity.__

These individuals/entities are:

[✓] interested parties    [ ] appellant(s)    [ ] petitioner(s)    [ ] intervenor(s)

[ ] appellee(s)    [ ] respondent(s)    [ ] amicus curiae

[✓] The following related or similar cases are pending in this court:

__23-13085__

[✓] Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the Clerk of this court within 14 days of any changes in the status of my state bar memberships. *See* 11th Cir. R. 46-7.

State Bar: __Georgia__                    State Bar No.: __415781__

Signature: __/s/ William J. Keogh, III__

Name (type or print): __William J. Keogh, III__                    Phone: __(706) 722-4481__

Firm/Govt. Office: __Hull Barrett, P.C.__                    E-mail: __wkeogh@hullbarrett.com__

Street Address: __801 Broad Street, 7th Floor__                    Fax: __(706) 722-9779__

City: __Augusta__                    State: __GA__    Zip: __30901__

Revised 12/21