Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*

11th Circuit Docket Number: 23-13095

| Caption: | |
|---|---|
| IN RE: GEORGIA SENATE BILL 202 | District and Division: U.S. District Court, Northern District of Georgia, Atlanta Division |
| | Name of Judge: J. P. Boulee |
| | Nature of Suit: Civil Rights |
| | Date Complaint Filed: 1st Complaint prior to consolidation 3/25/2021 |
| | District Court Docket Number: 1:21-mi-55555-JPB |
| | Date Notice of Appeal Filed: 09/18/2023 |
| | ☐ Cross Appeal    ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes  ☑ No |
| | If Yes, provide |
| | (a)    Caption: _____ |
| | (b)    Citation: _____ |
| | (c)    Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant: | See Appendix A | | |
| ☐ Plaintiff | | | |
| ☑ Defendant | | | |
| ☐ Other (Specify) | | | |
| For Appellee: | See Appendix A | | |
| ☑ Plaintiff | | | |
| ☐ Defendant | | | |
| ☐ Other (Specify) | | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $_____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | | ☐ Judgment/Jury Verdict | |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Directed Verdict/NOV | Injunctions: |
| | | | ☐ TRO |
| | ☐ 54(b) | ☑ Injunction | ☑ Preliminary    ☑ Granted |
| | | ☐ Other _____ | ☐ Permanent    ☐ Denied |

Page 2                                                          11th Circuit Docket Number:  23-13095 _____

Based on your present knowledge:

(1)    Does this appeal involve a question of First Impression?    ☐ Yes    ☑ No
       What is the issue you claim is one of First Impression? _____

(2)    Will the determination of this appeal turn on the interpretation or application of a particular case or statute?    ☑ Yes    ☐ No

       If Yes, provide
       (a)  Case Name/Statute _____
       (b)  Citation  O.C.G.A. 21-2-414 _____
       (c)  Docket Number if unreported _____

(3)    Is there any case now pending or about to be brought before this court or any other court or administrative agency that
       (a)  Arises from substantially the same case or controversy as this appeal?    ☑ Yes    ☐ No
       (b)  Involves an issue that is substantially the same, similar, or related to an issue in this appeal?    ☐ Yes    ☑ No

       If Yes, provide
       (a)  Case Name  In Re: Senate Bill 202 _____
       (b)  Citation _____
       (c)  Docket Number if unreported  23-13085 _____
       (d)  Court or Agency  U.S. Court of Appeals for the Eleventh Circuit _____

(4)    Will this appeal involve a conflict of law
       (a)  Within the Eleventh Circuit?    ☐ Yes    ☑ No
       (b)  Among circuits?    ☐ Yes    ☑ No

       If Yes, explain briefly:

(5)    Issues proposed to be raised on appeal, including jurisdictional challenges:

       ## See Appendix B

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS ____13th____ DAY OF __October_____, __2023_____ .

Gene C. Schaerr
_____          _____
           NAME OF COUNSEL (Print)                                    /s/ Gene C. Schaerr
                                                              SIGNATURE OF COUNSEL

**APPENDIX A**
**LIST OF COUNSEL**

Counsel for State Defendants-Appellants the State of Georgia, Governor of the
State of Georgia, Georgia Secretary of State, Georgia State Election Board,
Matthew Mashburn, Sara Tindall Ghazal, Edward Lindsey, Janice W. Johnston,
William S. Duffey, Jr., and District Attorney for Dougherty County:

Christopher M. Carr
  *Attorney General*
Stephen J. Petrany
  *Solicitor General*
James E. Barrett
  *Deputy Solicitor General*
Office of the Georgia
  Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
spetrany@law.ga.gov

Gene C. Schaerr
*Special Assistant Attorney General*
Donald M. Falk
Brian J. Field
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
dfalk@schaerr-jaffe.com
bfield@schaerr-jaffe.com

Bryan P. Tyson
*Special Assistant Attorney General*
Bryan F. Jacoutot
Diane Festin LaRoss
Donald P. Boyle, Jr.
Daniel H. Weigel
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
(678) 336-7197
btyson@taylorenglish.com
bjacoutot@taylorenglish.com
dlaross@taylorenglish.com
dboyle@taylorenglish.com
dweigel@taylorenglish.com

Counsel for Plaintiffs-Appellees Galeo Latino Community Development Fund, Inc., Georgia Coalition for the People's Agenda, Inc., Georgia State Conference of the NAACP, League of Women Voters of Georgia, Inc.:

Julie M. Houk
Jennifer Nwachukwu
Ezra D. Rosenberg
Jon M. Greenbaum
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Floor 9
Washington, DC 20005
(202) 662-8314
jhouk@lawyerscommittee.org
jnwachukwu@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org

Heather Szilagyi
LAW OFFICE OF HEATHER SZILAGYI
1607 5th Street NW
Washington, DC 20001
(631) 513-0440
hszilagyi@lawyerscommittee.org

Counsel for Plaintiffs-Appellees Common Cause, Galeo Latino Community
Development Fund, Inc., Georgia Coalition for the People's Agenda, Inc., Georgia
State Conference of the NAACP, League of Women Voters of Georgia, Inc.,
Lower Muskogee Creek Tribe:

>   Laurence Fairlie Pulgram
>   Armen N. Nercessian
>   FENWICK & WEST, LLP
>   555 California Street, Floor 12
>   San Francisco, CA 94104
>   (415) 875-2300
>   lpulgram@fenwick.com
>   anercessian@fenwick.com

Counsel for Plaintiffs-Appellees Galeo Latino Community Development Fund,
Inc., Georgia Coalition for the People's Agenda, Inc., Georgia State Conference of
the NAACP, League of Women Voters of Georgia, Inc.:

>   Bryan L. Sells
>   LAW OFFICE OF BRYAN L. SELLS, LLC
>   PO Box 5493
>   Atlanta, GA 31107-0493
>   (404) 480-4212
>   bryan@bryansellslaw.com

Counsel for Plaintiffs-Appellees Galeo Latino Community Development Fund,
Inc., Georgia Coalition for the People's Agenda, Inc., Georgia State Conference of
the NAACP, League of Women Voters of Georgia, Inc.:

>   Davin McKay Rosborough
>   American Civil Liberties Union Foundation
>   125 Broad Street, Floor 18
>   New York, NY 10004
>   (212) 549-2633
>   drosborough@aclu.org

Counsel for Plaintiffs-Appellees Black Voters Matter Fund, Jauan Durbin, Fannie Marie Jackson Gibbs, Rise, Inc., Elbert Solomon and The New Georgia Project:

Adam M. Sparks
KREVOLIN & HORST, LLC
1201 W Peachtree Street NW, Suite 3250
1 Atlantic Center
Atlanta, GA 30309
(404) 888-9700
sparks@khlawfirm.com

Melinda K. Johnson
Uzoma Nkwonta
Samuel Ward-Packard
ELIAS LAW GROUP, LLP
250 Massachusetts Avenue NW, Suite 400
Washington, DC 20001
(202) 968-4517
mjohnson@elias.law
unkwonta@elias.law
swardpackard@elias.law

Counsel for Plaintiffs-Appellees Black Voters Matter Fund and The New Georgia Project:

Tina Meng Morrison
ELIAS LAW GROUP, LLP
250 Massachusetts Avenue NW, Suite 400
Washington, DC 20001
(718) 909-8665
tmengmorrison@elias.law

Counsel for Plaintiffs-Appellees Black Voters Matter Fund, Rise, Inc. and The New Georgia Project:

> Jacob D. Shelly
> Marcos Mocine-McQueen
> ELIAS LAW GROUP, LLP
> 250 Massachusetts Avenue NW, Suite 400
> Washington, DC 20001
> (202) 968-4492
> jshelly@elias.law
> mmcqueen@elias.law

Counsel for Plaintiffs-Appellees Delta Sigma Theta Sorority, Inc.; Georgia ADAPT; Georgia Advocacy Office; Sixth District of the African Methodist Episcopal Church:

> Leah Aden
> NAACP Legal Defense & Educational Fund, Inc.
> 40 Rector Street, Floor 5
> New York, NY 10006
> (212) 965-2259
> laden@naacpldf.org

Counsel for Plaintiffs-Appellees Delta Sigma Theta Sorority, Inc., Georgia ADAPT; Georgia Advocacy Office; Sixth District of the African Methodist Episcopal Church:

> Anuja D. Thatte
> NAACP Legal Defense & Educational Fund, Inc.
> 700 14th Street NW, Suite 600
> Washington, DC 20005
> athatte@naacpldf.org

> John S. Cusick
> Alaizah Koorji
> NAACP Legal Defense & Educational Fund, Inc.
> 40 Rector Street, Floor 5
> New York, NY 10006
> (212) 965-2259
> jcusick@naacpldf.org
> akoorji@naacpldf.org

v

Counsel for Plaintiffs-Appellees Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference:

Tania Faransso
Laura E. Powell
WILMER CUTLER PICKERING HALE & DORR, LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000

Debo P. Adegbile
WILMER CUTLER PICKERING HALE & DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

George P. Varghese
Lucas L. Fortier
WILMER CUTLER PICKERING HALE & DORR, LLP
60 State Street
Boston, MA 02109
(617) 526-6000

**APPENDIX B**
**Statement of Issues to be Raised on Appeal**

1.  Whether the district court erred in holding that the plaintiffs were likely to succeed on the merits of showing that the Gifts Ban is facially unconstitutional.

2.  Whether the district court erred in holding that plaintiffs were substantially likely to show that handing things of value to voters in line constitutes expressive conduct protected by the First Amendment.

3.  Whether, even if the First Amendment does apply, the district court applied the wrong legal test and wrong standard of scrutiny.

4.  Whether the district court erred in holding that plaintiffs had demonstrated a substantial likelihood of irreparable harm, which outweighed any harm an injunction would impose on the State of Georgia or the public.

5.  Whether the district court erred in holding that injunctive relief was available notwithstanding the Supreme Court's guidance in *Purcell v. Gonzalez*, 549 U.S. 1 (2006).