No. 23-13095

# In the United States Court of Appeals for the Eleventh Circuit

---

IN RE: GEORGIA SENATE BILL 202

---

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

Master Case No. 1:21-mi-55555-JPB

## PLAINTIFFS-APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
(415) 875-2300

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Ste 900
Washington, D.C. 20005
(202) 662-8600

THE LAW OFFICE OF BRYAN SELLS, LLC
PO Box 5493
Atlanta, GA 31107
(404) 480-4212

LAW OFFICES OF GERRY WEBER, LLC
PO Box 5391
Atlanta, GA 31107
(404) 522-0507

*Attorneys for Plaintiffs-Appellees Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek Tribe*

NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor    700 14th Street NW, Ste 600
New York, NY 10006              Washington, DC 20005
(212) 965-2200                 (202) 682-1300

ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
(678) 981-5295

ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836

SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Ste 340
Decatur, GA 30031
(404) 521-6700

*Attorneys for Plaintiffs-Appellees Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference*

*Additional Counsel Information on Front Pages*

*Attorneys for Plaintiffs-Appellees Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek Tribe:*

Laurence F. Pulgram
Armen Nercessian
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
(415) 875-2300

Jon Greenbaum
Ezra D. Rosenberg
Julie M. Houk
Jennifer Nwachukwu
Heather Szilagyi
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
(202) 662-8600

Bryan L. Sells
THE LAW OFFICE OF BRYAN SELLS, LLC
PO Box 5493
Atlanta, GA 31107
(404) 480-4212

Gerald Weber
LAW OFFICES OF GERRY WEBER, LLC
PO Box 5391
Atlanta, GA 31107
(404) 522-0507

*Attorneys for Plaintiffs-Appellees Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference:*

Leah C. Aden
Alaizah Koorji
John S. Cusick
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Anuja Thatte
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
700 14th Street, NW
Washington, DC 20005
(202) 682-1300

Cory Isaacson
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
(678) 981-5295

Sophia Lin Lakin
Davin M. Rosborough
Jonathan Topaz
Dayton Campbell-Harris
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836

Bradley E. Heard
Pichaya Poy Winichakul
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30031
(404) 521-6700

No. 23-13095 | In re: Georgia Senate Bill 202

## **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3, Plaintiffs-Appellees Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, Lower Muskogee Creek Tribe, Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference certify that the following persons and entities have an interest in the outcome of this appeal:

1.    Abbott, Robert, *Defendant*

2.    Abudu, Nancy, *Attorney for Plaintiffs-Appellees*

3.    ACLU Foundation of Georgia, *Attorneys for Plaintiffs-Appellees*

4.    ACLU Foundation of Georgia, Inc., *Attorneys for Plaintiffs-Appellees*

5.    Adegbile, Debo, *Attorney for Plaintiffs-Appellees*

6.    Aden, Leah, *Attorney for Plaintiffs-Appellees*

7.    Advancement Project, *Attorneys for Plaintiffs-Appellees*

8.    Ameri, Mana, *Attorney for Plaintiffs-Appellees*

9.    American Civil Liberties Union Foundation of Georgia, *Attorneys for Plaintiffs-Appellees*

No. 23-13095 | In re: Georgia Senate Bill 202

10. American Civil Liberties Union Foundation, Inc., *Attorneys for Plaintiffs-Appellees*

11. Andrews, Wanda, *Defendant*

12. Aquino, Nora, *Plaintiff-Appellee*

13. Asian Americans Advancing Justice-Asian Law Caucus, *Attorneys for Plaintiffs-Appellees*

14. Asian Americans Advancing Justice-Atlanta, *Plaintiff-Appellee*

15. Augusta Georgia Law Department, *Attorneys for Defendant*

16. Ausburn, Deborah, *Attorney for Defendants-Appellants*

17. Awuku, George, *Defendant*

18. Banks, Marques, *Attorney for Plaintiffs-Appellees*

19. Banter, James, *Attorney for Defendant*

20. Barnes, Sherry, *Defendant*

21. Barron, Richard, *Defendant*

22. Bartolomucci, Christopher, *Attorney for Defendants-Appellants*

23. Beausoleil, William, *Attorney for Plaintiffs-Appellees*

24. Beck Owen & Murray, *Attorneys for Defendant*

25. Begakis, Steven, *Attorney for Intervenors-Appellants*

26. Belichick, Joseph, *Attorney for Plaintiffs-Appellees*

No. 23-13095 | In re: Georgia Senate Bill 202

27.  Bell, Jordan, *Attorney for Defendant*

28.  Bennette, Matletha, *Attorney for Plaintiffs-Appellees*

29.  Bibb County Board of Elections, *Defendant*

30.  Bibb County Board of Registrars, *Defendant*

31.  Black Voters Matter Fund, *Plaintiff-Appellee*

32.  Blender, Matthew, *Defendant*

33.  Bloodworth, Kristin, *Attorney for Defendant*

34.  Boone, Annika, *Attorney for Defendants-Appellants*

35.  Boulee, Jean-Paul ("J.P."), *District Court Judge*

36.  Bowman, Brad, *Attorney for Defendant*

37.  Boyle, Donald, *Attorney for Defendants-Appellants*

38.  Broder, Karl, *Attorney for Defendant*

39.  Brooks, Jessica, *Defendant*

40.  Brooks, Sofia, *Attorney for Plaintiffs-Appellees*

41.  Brown, Marcia, *Defendant*

42.  Bruning, Stephen, *Defendant*

43.  Bruning, Steven, *Defendant*

44.  Bryan, Bennett, *Attorney for Defendant*

45.  Burwell, Kaye, *Attorney for Defendant*

No. 23-13095 | In re: Georgia Senate Bill 202

46.  Campbell-Harris, Dayton, *Attorney for Plaintiffs-Appellees*

47.  Carver, William, *Attorney for Intervenors-Appellants*

48.  Cathey, Thomas, *Attorney for Defendant*

49.  Chalmers, Adams, Backer & Kaufman, LLC, *Attorneys for Defendant*

50.  Chatham County Attorney, *Attorneys for Defendant*

51.  Chatham County Board of Elections, *Defendant*

52.  Chatham County Board of Registrars, *Defendant*

53.  Clarke County Board of Election and Voter Registration, *Defendant*

54.  Clayton County Board of Elections and Registration, *Defendant*

55.  Cobb County Board of Elections and Registration, *Defendant*

56.  Cochran, Ken, *Defendant*

57.  Columbia County Board of Elections, *Defendant*

58.  Columbia County Board of Registrars, *Defendant*

59.  Common Cause, *Plaintiff-Appellee*

60.  Consovoy McCarthy PLLC, *Attorney for Intervenors-Appellants*

61.  Cramer, Raisa, *Attorney for Plaintiffs-Appellees*

62.  Crawford, Teresa, *Defendant*

63.  Crawford, Teresa, *Defendant*

64.  Crowell & Moring, LLP, *Attorneys for Plaintiffs-Appellees*

No. 23-13095 | In re: Georgia Senate Bill 202

65. Cushman, Ann, *Defendant*

66. Cusick, John, *Attorney for Plaintiffs-Appellees*

67. Dasgupta, Riddhi, *Attorney for Defendants-Appellants*

68. Dave, Charles, *Defendant*

69. Davenport, Jennifer, *Attorney for Defendant*

70. Davis Wright Tremaine LLP, *Attorneys for Plaintiffs-Appellees*

71. Davis, Britton, *Attorney for Plaintiffs-Appellees*

72. Day, Stephen, *Defendant*

73. DeKalb County Board of Registrations and Elections, *Defendant*

74. DeKalb County Law Department, *Attorneys for Defendant*

75. Delta Sigma Theta Sorority, Inc., *Plaintiff-Appellee*

76. Denmark, Emilie, *Attorney for Defendant*

77. Dentons US LLP, *Attorney for Intervenors-Appellants*

78. Deshazior, Zurich, *Defendant*

79. DeThomas, Courtney, *Attorney for Plaintiffs-Appellees*

80. Dianis, Judith, *Attorney for Plaintiffs-Appellees*

81. Dickey, Gilbert, *Attorney for Intervenors-Appellants*

82. Dicks, Terence, *Defendant*

83. Dimmick, Brian, *Attorney for Plaintiffs-Appellees*

No. 23-13095 | In re: Georgia Senate Bill 202

84.  DiStefano, Don, *Defendant*

85.  Doss, Travis, *Defendant*

86.  Dozier, Shauna, *Defendant*

87.  Drennon, Baxter, *Attorney for Intervenors-Appellants*

88.  Duffie, Wanda, *Defendant*

89.  Durbin, Jauan, *Plaintiff-Appellee*

90.  Durso, Katherine, *Defendant*

91.  Edwards, Gregory, *Defendant*

92.  Elias Law Group LLP, *Attorneys for Plaintiffs-Appellees*

93.  Ellington, Thomas, *Defendant*

94.  Enjeti-Sydow, Anjali, *Plaintiff-Appellee*

95.  Evans, James, *Attorney for Defendant*

96.  Evans, Rachel, *Attorney for Plaintiffs-Appellees*

97.  Evans-Daniel, Karen, *Defendant*

98.  Eveler, Janine, *Defendant*

99.  Exousia Lighthouse International C.M., Inc, *Plaintiff*

100.  Faith In Action Network, *Plaintiff*

101.  Falk, Donald, *Attorney for Defendants-Appellants*

102.  Fambrough, Willa, *Defendant*

No. 23-13095 | In re: Georgia Senate Bill 202

103.  Faransso, Tania, *Attorney for Plaintiffs-Appellees*

104.  Farrell, Gregory, *Attorney for Plaintiffs-Appellees*

105.  Feldsherov, Ilya, *Attorney for Plaintiffs-Appellees*

106.  Fenwick & West, LLP, *Attorneys for Plaintiffs-Appellees*

107.  Field, Brian, *Attorney for Defendants-Appellants*

108.  First Congregational Church, United Church of Christ Incorporated, *Plaintiff-Appellee*

109.  Fogelson, Matthew, *Attorney for Plaintiffs-Appellees*

110.  Forsyth County Board of Voter Registrations and Elections, *Defendant*

111.  Fortier, Lucas, *Attorney for Plaintiffs-Appellees*

112.  Foster, Mikayla, *Attorney for Plaintiffs-Appellees*

113.  Freeman Mathis & Gary, LLP, *Attorneys for Defendant*

114.  Fulton County Attorney's Office, *Attorneys for Defendant*

115.  Fulton County Registration and Elections Board, *Defendant*

116.  Galeo Latino Community Development Fund, Inc., *Plaintiff-Appellee*

117.  Gammage, Keith, *Defendant*

118.  Garabadu, Rahul, *Attorney for Plaintiffs-Appellees*

119.  Gartland, Pat, *Defendant*

120.  Gartland, Pat, *Defendant*

No. 23-13095 | In re: Georgia Senate Bill 202

121.  Gay, Nancy, *Defendant*

122.  Geiger, Debra, *Defendant*

123.  Georgia Adapt, *Plaintiff-Appellee*

124.  Georgia Advocacy Office, *Plaintiff-Appellee*

125.  Georgia Coalition for the People's Agenda, Inc., *Plaintiff-Appellee*

126.  Georgia Department of Law, *Attorneys for Defendants-Appellants*

127.  Georgia Latino Alliance for Human Rights, Inc., *Plaintiff-Appellee*

128.  Georgia Muslim Voter Project, *Plaintiff-Appellee*

129.  Georgia Republican Party, Inc., *Intervenor-Appellant*

130.  Georgia State Conference of the NAACP, *Plaintiff-Appellee*

131.  Georgia State Election Board, *Defendant*

132.  Ghazal, Sara, *Defendant*

133.  Gibbs, Fannie, *Plaintiff-Appellee*

134.  Gillon, Thomas, *Defendant*

135.  Givens, Diane, *Defendant*

136.  Gossett, David, *Attorney for Plaintiffs-Appellees*

137.  Greater Works Ministries Network, Inc., *Plaintiff*

138.  Green, Tyler, *Attorney for Intervenors-Appellants*

139.  Greenbaum, Jon, *Attorney for Plaintiffs-Appellees*

No. 23-13095 | In re: Georgia Senate Bill 202

140.    Greenberg Traurig, LLP, *Attorneys for Defendant*

141.    Groves, Angela, *Attorney for Plaintiffs-Appellees*

142.    Gwinnett County Board of Registrations and Elections, *Defendant*

143.    Gwinnett County Department of Law, *Attorneys for Defendant*

144.    Hall Booth Smith, P.C., *Attorney for Intervenors-Appellants*

145.    Hall County Board of Elections and Registration, *Defendant*

146.    Hall County Government, *Attorneys for Defendant*

147.    Hall, Dorothy, *Defendant*

148.    Hall, John, *Attorney for Intervenors-Appellants*

149.    Hamilton, Brittni, *Attorney for Plaintiffs-Appellees*

150.    Hancock, Jack, *Attorney for Defendant*

151.    Hart, Ralph, *Attorney for Defendant*

152.    Hart, Twyla, *Defendant*

153.    Hasselberg, Emily, *Attorney for Plaintiffs-Appellees*

154.    Hayes, Vilia, *Attorney for Plaintiffs-Appellees*

155.    Haynie, Litchfield & White, PC, *Attorneys for Defendant*

156.    Hazard, Joel, *Defendant*

157.    Heard, Bradley, *Attorney for Plaintiffs-Appellees*

158.    Heimes, Marianne, *Defendant*

No. 23-13095 | In re: Georgia Senate Bill 202

159. Henseler, James, *Attorney for Plaintiffs-Appellees*

160. Herren, Thomas, *Attorney for Plaintiffs-Appellees*

161. Hiatt, Alexandra, *Attorney for Plaintiffs-Appellees*

162. Ho, Dale, *Attorney for Plaintiffs-Appellees*

163. Hodge, Malinda, *Defendant*

164. Houk, Julie, *Attorney for Plaintiffs-Appellees*

165. Hoyos, Luis, *Attorney for Plaintiffs-Appellees*

166. Hughes Hubbard & Reed, *Attorneys for Plaintiffs-Appellees*

167. Hughes, Aileen, *Attorney for Plaintiffs-Appellees*

168. Hull Barrett, PC, *Attorneys for Defendant*

169. Ingram, Randy, *Defendant*

170. Jacoutot, Bryan, *Attorney for Defendants-Appellants*

171. Jaffe, Erik, *Attorney for Defendants-Appellants*

172. Jahangiri, Mahroh, *Attorney for Plaintiffs-Appellees*

173. Jaikumar, Arjun, *Attorney for Plaintiffs-Appellees*

174. James-Bates-Brannan-Groover-LLP, *Attorneys for Defendant*

175. Jarrard & Davis, LLP, *Attorneys for Defendant*

176. Jasrasaria, Jyoti, *Attorney for Plaintiffs-Appellees*

177. Jaugstetter, Patrick, *Attorney for Defendant*

No. 23-13095 | In re: Georgia Senate Bill 202

178.  Jedreski, Matthew, *Attorney for Plaintiffs-Appellees*

179.  Jester, Alfred, *Defendant*

180.  Jester, Nancy, *Defendant*

181.  Jhaveri, Sejal, *Attorney for Plaintiffs-Appellees*

182.  Johnson, Aaron, *Defendant*

183.  Johnson, Ben, *Defendant*

184.  Johnson, Darlene, *Defendant*

185.  Johnson, Melinda, *Attorney for Plaintiffs-Appellees*

186.  Johnston, Janice, *Defendant*

187.  Joiner, Amelia, *Attorney for Defendant*

188.  Kanu, Nkechi, *Attorney for Plaintiffs-Appellees*

189.  Kaplan, Mike, *Defendant*

190.  Kastorf Law, LLC, *Attorneys for Plaintiffs-Appellees*

191.  Kastorf, Kurt, *Attorney for Plaintiffs-Appellees*

192.  Kaufman, Alex, *Attorney for Intervenors-Appellants*

193.  Keker Van Nest & Peters LLP, *Attorneys for Plaintiffs-Appellees*

194.  Keker Van Nest & Peters LLP, *Attorneys for Plaintiffs-Appellees*

195.  Kemp, Brian, *Defendant-Appellant*

196.  Kennedy, David, *Defendant*

No. 23-13095 | In re: Georgia Senate Bill 202

197.  Kennedy, Kate, *Attorney for Plaintiffs-Appellees*

198.  Keogh, William, *Attorney for Defendant*

199.  Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

200.  Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

201.  Kim, Danielle, *Attorney for Plaintiffs-Appellees*

202.  Kingsolver, Justin, *Attorney for Plaintiffs-Appellees*

203.  Klein, Spencer, *Attorney for Plaintiffs-Appellees*

204.  Knapp, Halsey, *Attorney for Plaintiffs-Appellees*

205.  Koorji, Alaizah, *Attorney for Plaintiffs-Appellees*

206.  Krevolin & Horst, LLC, *Attorneys for Plaintiffs-Appellees*

207.  Kucharz, Kevin, *Attorney for Defendant*

208.  Lakin, Sophia, *Attorney for Plaintiffs-Appellees*

209.  Lam, Leo, *Attorney for Plaintiffs-Appellees*

210.  Lang, Antan, *Defendant*

211.  LaRoss, Diane, *Attorney for Defendants-Appellants*

212.  Latino Community Fund of Georgia, *Plaintiff-Appellee*

213.  Lauridsen, Adam, *Attorney for Plaintiffs-Appellees*

214.  Law Office of Gerald R Weber, LLC, *Attorneys for Plaintiffs-Appellees*

No. 23-13095 | In re: Georgia Senate Bill 202

215. Lawyers' Committee for Civil Rights Under Law, *Attorneys for Plaintiffs-Appellees*

216. League of Women Voters of Georgia, Inc., *Plaintiff-Appellee*

217. Leung, Kimberly, *Attorney for Plaintiffs-Appellees*

218. Lewis, Anthony, *Defendant*

219. Lewis, Joyce, *Attorney for Plaintiffs-Appellees*

220. Lin, Stephanie, *Attorney for Plaintiffs-Appellees*

221. Lindsey, Edward, *Defendant*

222. Lower Muskogee Creek Tribe, *Plaintiff-Appellee*

223. Lowman, David, *Attorney for Defendant*

224. Ludwig, Jordan, *Attorney for Plaintiffs-Appellees*

225. Luth, Barbara, *Defendant*

226. Ma, Eileen, *Attorney for Plaintiffs-Appellees*

227. Mack, Rachel, *Attorney for Defendant*

228. Mahoney, Thomas, *Defendant*

229. Manifold, Zach, *Defendant*

230. Martin, Grace, *Attorney for Defendant*

231. Mashburn, Matthew, *Defendant-Appellant*

232. May, Caitlin, *Attorney for Plaintiffs-Appellees*

No. 23-13095 | In re: Georgia Senate Bill 202

233. McAdams, Issac, *Defendant*

234. McCandless, Spencer, *Attorney for Plaintiffs-Appellees*

235. McCarthy, Thomas, *Attorney for Intervenors-Appellants*

236. McClain, Roy, *Defendant*

237. McCord, Catherine, *Attorney for Plaintiffs-Appellees*

238. McFalls, Tim, *Defendant*

239. McFarland, Ernest, *Attorney for Plaintiffs-Appellees*

240. McGowan, Charlene, *Attorney for Defendants-Appellants*

241. Mcrae, Colin, *Defendant*

242. Melcher, Molly, *Attorney for Plaintiffs-Appellees*

243. Metropolitan Atlanta Baptist Ministers Union, Inc., *Plaintiff-Appellee*

244. Mijente, Inc., *Plaintiff*

245. Miller, Nicholas, *Attorney for Defendants-Appellants*

246. Milord, Sandy, *Attorney for Defendant*

247. Minnis, Terry, *Attorney for Plaintiffs-Appellees*

248. Mizner, Susan, *Attorney for Plaintiffs-Appellees*

249. Mocine-McQueen, Marcos, *Attorney for Plaintiffs-Appellees*

250. Momo, Shelley, *Attorney for Defendant*

251. Morrison, Tina, *Attorney for Plaintiffs-Appellees*

No. 23-13095 | In re: Georgia Senate Bill 202

252. Mosbacher, Jennifer, *Defendant*

253. Motter, Susan, *Defendant*

254. Murchie, Laura, *Attorney for Plaintiffs-Appellees*

255. Murray, Karen, *Defendant*

256. NAACP Legal Defense and Education Fund, Inc., *Attorneys for Plaintiffs-Appellees*

257. National Association for the Advancement of Colored People, Inc., *Parent Corporation of Georgia State Conference of the NAACP*

258. National Republican Congressional Committee, *Intervenor-Appellant*

259. National Republican Senatorial Committee, *Intervenor-Appellant*

260. Natt, Joel, *Defendant*

261. Nemeth, Miriam, *Attorney for Plaintiffs-Appellees*

262. Nercessian, Armen, *Attorney for Plaintiffs-Appellees*

263. New Birth Missionary Baptist Church, Inc., *Plaintiff*

264. Newland, James, *Defendant*

265. Nguyen, Candice, *Attorney for Plaintiffs-Appellees*

266. Nguyen, Phi, *Attorney for Plaintiffs-Appellees*

267. Nkwonta, Uzoma, *Attorney for Plaintiffs-Appellees*

268. Noa, Jack, *Defendant*

No. 23-13095 | In re: Georgia Senate Bill 202

269. Noland Law Firm, LLC, *Attorneys for Defendant*

270. Noland, William, *Attorney for Defendant*

271. Norris, Cameron, *Attorney for Intervenors-Appellants*

272. Norse, William, *Defendant*

273. Nwachukwu, Jennifer, *Attorney for Plaintiffs-Appellees*

274. O'Brien, James, *Defendant*

275. O'Connor, Eileen, *Attorney for Plaintiffs-Appellees*

276. O'Lenick, Alice, *Defendant*

277. Olm, Rylee, *Attorney for Plaintiffs-Appellees*

278. Oxford, Neil, *Attorney for Plaintiffs-Appellees*

279. Paik, Steven, *Plaintiff-Appellee*

280. Pant, Shontee, *Attorney for Plaintiffs-Appellees*

281. Paradise, Loree, *Attorney for Defendants-Appellants*

282. Parker, Warrington, *Attorney for Plaintiffs-Appellees*

283. Pelletier, Susan, *Attorney for Plaintiffs-Appellees*

284. Porter, Megan, *Attorney for Plaintiffs-Appellees*

285. Powell, Laura, *Attorney for Plaintiffs-Appellees*

286. Prince, Joshua, *Attorney for Defendants-Appellants*

287. Pulgram, Laurence, *Attorney for Plaintiffs-Appellees*

No. 23-13095 | In re: Georgia Senate Bill 202

288.  Pullar, Patricia, *Defendant*

289.  Qadir, Hunaid, *Defendant*

290.  Radzikinas, Carla, *Defendant*

291.  Raffensperger, Brad, *Defendant-Appellant*

292.  Raffle, Rocky, *Defendant*

293.  Ramahi, Zainab, *Attorney for Plaintiffs-Appellees*

294.  Rich, James, *Attorney for Plaintiffs-Appellees*

295.  Richardson, Jasmyn, *Attorney for Plaintiffs-Appellees*

296.  Richmond County Board of Elections, *Defendant*

297.  Ringer, Cheryl, *Attorney for Defendant*

298.  Rise, Inc., *Plaintiff-Appellee*

299.  Rodriguez, Anthony, *Defendant*

300.  Rosborough, Davin, *Attorney for Plaintiffs-Appellees*

301.  Rosenberg, Ezra, *Attorney for Plaintiffs-Appellees*

302.  Rosenberg, Steven, *Attorney for Defendant*

303.  Russ, John, *Attorney for Plaintiffs-Appellees*

304.  Ruth, Kathleen, *Defendant*

305.  Ryan, Elizabeth, *Attorney for Plaintiffs-Appellees*

306.  Sabzevari, Arash, *Attorney for Defendant*

No. 23-13095 | In re: Georgia Senate Bill 202

307.  Sachdeva, Niharika, *Attorney for Plaintiffs-Appellees*

308.  Samuel Dewitt Proctor Conference, Inc., *Plaintiff*

309.  Sankofa United Church of Christ Limited, *Plaintiff*

310.  Schaerr | Jaffe LLP, *Attorneys for Defendants-Appellants*

311.  Schaerr, Gene, *Attorney for Defendants-Appellants*

312.  Scott, William, *Attorney for Defendant*

313.  Seals, Veronica, *Defendant*

314.  Segarra, Esperanza, *Attorney for Plaintiffs-Appellees*

315.  Sells, Bryan, *Attorney for Plaintiffs-Appellees*

316.  Shah, Niyati, *Attorney for Plaintiffs-Appellees*

317.  Sheats, Gala, *Defendant*

318.  Shelly, Jacob, *Attorney for Plaintiffs-Appellees*

319.  Shirley, Adam, *Defendant*

320.  Sieff, Adam, *Attorney for Plaintiffs-Appellees*

321.  Silas, Tori, *Defendant*

322.  Sixth District of the African Methodist Episcopal Church, *Plaintiff-Appellee*

323.  Smith, Casey, *Attorney for Plaintiffs-Appellees*

324.  Smith, Dele, *Defendant*

325.  Smith, Mandi, *Defendant*

No. 23-13095 | In re: Georgia Senate Bill 202

326. Solh, Chahira, *Attorney for Plaintiffs-Appellees*

327. Solomon, Elbert, *Plaintiff-Appellee*

328. Sosebee, Charlotte, *Defendant*

329. Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

330. Sowell, Gregory, *Attorney for Defendant*

331. Sparks, Adam, *Attorney for Plaintiffs-Appellees*

332. Squiers, Cristina, *Attorney for Defendants-Appellants*

333. Stewart Melvin & Frost, LLP, *Attorneys for Defendant*

334. Sumner, Stuart, *Attorney for Intervenors-Appellants*

335. Sung, Connie, *Attorney for Plaintiffs-Appellees*

336. Sung, Connie, *Attorney for Plaintiffs-Appellees*

337. Swift, Karli, *Defendant*

338. Szilagyi, Heather, *Attorney for Plaintiffs-Appellees*

339. Tatum, Tobias, *Attorney for Defendants-Appellants*

340. Taylor English Duma LLP, *Attorneys for Defendants-Appellants*

341. Taylor, Wandy, *Defendant*

342. Thatte, Anuja, *Attorney for Plaintiffs-Appellees*

343. The ACLU Foundation Disability Rights Program, *Attorneys for Plaintiffs-Appellees*

No. 23-13095 | In re: Georgia Senate Bill 202

344. The Arc of the United States, *Plaintiff-Appellee*

345. The Concerned Black Clergy of Metropolitan Atlanta, Inc., *Plaintiff-Appellee*

346. The Georgia State Election Board, *Defendant*

347. The Justice Initiative, Inc., *Plaintiff-Appellee*

348. The Law Office of Bryan L. Sells, LLC, *Attorneys for Plaintiffs-Appellees*

349. The New Georgia Project, *Plaintiff-Appellee*

350. The Republican National Committee, *Intervenor-Appellant*

351. The State of Georgia, *Defendant-Appellant*

352. The United States of America, *Plaintiff-Appellee*

353. The Urban League of Greater Atlanta, Inc., *Plaintiff-Appellee*

354. Thomas, Ethan, *Attorney for Plaintiffs-Appellees*

355. Thompson, Grace, *Attorney for Plaintiffs-Appellees*

356. Till, Ann, *Defendant*

357. Topaz, Jonathan, *Attorney for Plaintiffs-Appellees*

358. Trent, Edward, *Attorney for Defendants-Appellants*

359. Tucker, William, *Attorney for Plaintiffs-Appellees*

360. Tyson, Bryan, *Attorney for Defendants-Appellants*

361. Uddullah, Angelina, *Plaintiff-Appellee*

362. Unger, Jess, *Attorney for Plaintiffs-Appellees*

No. 23-13095 | In re: Georgia Senate Bill 202

363.   United States Department of Justice, *Attorneys for Plaintiffs-Appellees*

364.   Van Stephens, Michael, *Attorney for Defendant*

365.   Vander Els, Irene, *Attorney for Defendant*

366.   Varghese, George, *Attorney for Plaintiffs-Appellees*

367.   Varner, Johnny, *Defendant*

368.   Vasquez, Jorge, *Attorney for Plaintiffs-Appellees*

369.   Vaughan, Elizabeth, *Attorney for Defendants-Appellants*

370.   Waite, Tristen, *Attorney for Defendant*

371.   Wang, Emily, *Attorney for Plaintiffs-Appellees*

372.   Wardenski, Joseph, *Attorney for Plaintiffs-Appellees*

373.   Ward-Packard, Samuel, *Attorney for Plaintiffs-Appellees*

374.   Weber, Gerald, *Attorney for Plaintiffs-Appellees*

375.   Weigel, Daniel, *Attorney for Defendants-Appellants*

376.   Wesley, Carol, *Defendant*

377.   White, Daniel, *Attorney for Defendant*

378.   White, William, *Attorney for Intervenors-Appellants*

379.   Wiggins, Larry, *Defendant*

380.   Wilberforce, Nana, *Attorney for Plaintiffs-Appellees*

381.   Wilborn, Eric, *Attorney for Defendant*

No. 23-13095 | In re: Georgia Senate Bill 202

382. Williams, Gilda, *Attorney for Plaintiffs-Appellees*

383. Williams, Tuwanda, *Attorney for Defendant*

384. Wilmer Cutler Pickering Hale and Dorr LLP, *Attorneys for Plaintiffs-Appellees*

385. Wilson, Jacob, *Attorney for Defendant*

386. Wilson, Melanie, *Attorney for Defendant*

387. Wingate, Mark, *Defendant*

388. Winichakul, Pichaya, *Attorney for Plaintiffs-Appellees*

389. Women Watch Afrika, *Plaintiff-Appellee*

390. Woodfin, Conor, *Attorney for Intervenors-Appellants*

391. Woolard, Cathy, *Defendant*

392. Wurtz, Lori, *Defendant*

393. Yoon, Meredyth, *Attorney for Plaintiffs-Appellees*

394. Young, Sean, *Attorney for Plaintiffs-Appellees*

395. Zatz, Clifford, *Attorney for Plaintiffs-Appellees*

Members of the above-named Plaintiff-Appellee groups and residents of the State of Georgia also have an interest in the outcome of this appeal.

Except Plaintiff-Appellee Georgia State Conference of the National Association for the Advancement of Colored People (whose parent corporation is

No. 23-13095 | In re: Georgia Senate Bill 202

National Association for the Advancement of Colored People, Inc.), none of the above parties has a parent corporation, and no corporation owns 10% or more of any party's stock.  No publicly traded company or corporation has an interest in the outcome of this case or appeal.

Per Eleventh Circuit Rule 26.1-2(c), Appellees certify that the certificate of interested persons contained in this motion is complete.

Dated:  October 13, 2023                    Respectfully Submitted,


Laurence F. Pulgram                        Bryan L. Sells
Armen Nercessian                           THE LAW OFFICE OF
FENWICK & WEST LLP                         BRYAN SELLS, LLC
555 California Street                       PO Box 5493
San Francisco, CA  94104                   Atlanta, GA 31107
(415) 875-2300                             (404) 480-4212

Jon Greenbaum                              Gerald Weber
Ezra D. Rosenberg                          LAW OFFICES OF
Julie M. Houk                              GERRY WEBER, LLC
Jennifer Nwachukwu                         PO Box 5391
Heather Szilagyi                           Atlanta, GA 31107
LAWYERS' COMMITTEE FOR                     (404) 522-0507
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900                *Attorneys for Plaintiffs-Appellees Georgia*
Washington, D.C. 20005                     *State Conference of the NAACP, Georgia*
(202) 662-8600                             *Coalition for the People's Agenda, Inc.,*
                                           *League of Women Voters of Georgia, Inc.,*
                                           *GALEO Latino Community Development*
                                           *Fund, Inc., Common Cause, and the Lower*
                                           *Muskogee Creek Tribe*

No. 23-13095 | In re: Georgia Senate Bill 202

Leah C. Aden
Alaizah Koorji
John S. Cusick
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Anuja Thatte
NAACP LEGAL DEFENSE AND
EDUCATION FUND, INC.
700 14th Street, NW
Washington, DC 20005
(202) 682-1300

Cory Isaacson
ACLU FOUNDATION OF
GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
(678) 981-5295

Sophia Lin Lakin
Davin M. Rosborough
Jonathan Topaz
Dayton Campbell-Harris
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836

Bradley E. Heard
Pichaya Poy Winichakul
SOUTHERN POVERTY
LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30031
(404) 521-6700

*Attorneys for Plaintiffs-Appellees Sixth
District of the African Methodist Episcopal
Church, Delta Sigma Theta Sorority,
Georgia ADAPT, Georgia Advocacy Office,
and Southern Christian Leadership
Conference*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this day filed the foregoing,

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**, and has served a copy of same upon all counsel of record through the Court's CM/ECF system.

This 13th day of October, 2023.

*/s/ Laurence F. Pulgrum*
Laurence F. Pulgram
California Bar No. 115163
lpulgram@fenwick.com
Armen N. Nercessian
California State Bar No. 284906
anercessian@fenwick.com

*Attorneys for Plaintiffs-Appellees
Common Cause, Galeo Latino
Community Development Fund, Inc.,
Georgia Coalition for the People's
Agenda, Inc., Georgia State
Conference of the NAACP, League of
Women Voters of Georgia, Inc. and
Lower Muskogee Creek Tribe*

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph.   (415) 875-2300
Fax: (650) 938-5200