No. 23-13095

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

IN RE: GEORGIA SENATE BILL 202

Appeal from the U.S. District Court for the Northern District of Georgia,
No. 1:21-mi-55555 (Boulee, J.)

## UNOPPOSED MOTION TO CONSOLIDATE

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423

*Lead Counsel for RNC, NRSC, NRCC,
and Georgia Republican Party*

No. 23-13095, *In re: Georgia Senate Bill 202*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Circuit Rule 26.1, Appellants Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, and Georgia Republican Party, Inc., certify that the following have an interest in the outcome of this appeal:

1.  Abbott, Robert, *Defendant*

2.  Abudu, Nancy, *Attorney for Plaintiffs-Appellees*

3.  ACLU Foundation of Georgia, *Attorneys for Plaintiffs-Appellees*

4.  ACLU Foundation of Georgia, Inc., *Attorneys for Plaintiffs-Appellees*

5.  Adegbile, Debo, *Attorney for Plaintiffs-Appellees*

6.  Aden, Leah, *Attorney for Plaintiffs-Appellees*

7.  Advancement Project, *Attorneys for Plaintiffs-Appellees*

8.  Ameri, Mana, *Attorney for Plaintiffs-Appellees*

9.  American Civil Liberties Union Foundation of Georgia, *Attorneys for Plaintiffs-Appellees*

10. American Civil Liberties Union Foundation, Inc., *Attorneys for Plaintiffs-Appellees*

11. Andrews, Wanda, *Defendant*

12. Aquino, Nora, *Plaintiff-Appellee*

13. Asian Americans Advancing Justice-Asian Law Caucus, *Attorneys for Plaintiffs-Appellees*

14. Asian Americans Advancing Justice-Atlanta, *Plaintiff-Appellee*

15. Augusta Georgia Law Department, *Attorneys for Defendant*

No. 23-13095, *In re: Georgia Senate Bill 202*

16. Ausburn, Deborah, *Attorney for Defendants-Appellants*

17. Awuku, George, *Defendant*

18. Banks, Marques, *Attorney for Plaintiffs-Appellees*

19. Banter, James, *Attorney for Defendant*

20. Barnes, Sherry, *Defendant*

21. Barron, Richard, *Defendant*

22. Bartolomucci, Christopher, *Attorney for Defendants-Appellants*

23. Beausoleil, William, *Attorney for Plaintiffs-Appellees*

24. Beck Owen & Murray, *Attorneys for Defendant*

25. Begakis, Steven, *Attorney for Intervenor-Defendants-Appellants*

26. Belichick, Joseph, *Attorney for Plaintiffs-Appellees*

27. Bell, Jordan, *Attorney for Defendant*

28. Bennette, Matletha, *Attorney for Plaintiffs-Appellees*

29. Bibb County Board of Elections, *Defendant*

30. Bibb County Board of Registrars, *Defendant*

31. Black Voters Matter Fund, *Plaintiff-Appellee*

32. Blender, Matthew, *Defendant*

33. Bloodworth, Kristin, *Attorney for Defendant*

34. Boone, Annika, *Attorney for Defendants-Appellants*

35. Boulee, Jean-Paul, *District Court Judge*

36. Bowman, Brad, *Attorney for Defendant*

37. Boyle, Donald, *Attorney for Defendants-Appellants*

38. Broder, Karl, *Attorney for Defendant*

39.  Brooks, Jessica, *Defendant*

40.  Brooks, Sofia, *Attorney for Plaintiffs-Appellees*

41.  Brown, Marcia, *Defendant*

42.  Bruning, Stephen, *Defendant*

43.  Bruning, Steven, *Defendant*

44.  Bryan, Bennett, *Attorney for Defendant*

45.  Burwell, Kaye, *Attorney for Defendant*

46.  Campbell-Harris, Dayton, *Attorney for Plaintiffs-Appellees*

47.  Carver, William, *Attorney for Intervenor-Defendants-Appellants*

48.  Cathey, Thomas, *Attorney for Defendant*

49.  Chalmers, Adams, Backer & Kaufman, LLC, *Attorneys for Defendant*

50.  Chatham County Attorney, *Attorneys for Defendant*

51.  Chatham County Board of Elections, *Defendant*

52.  Chatham County Board of Registrars, *Defendant*

53.  Clarke County Board of Election and Voter Registration, *Defendant*

54.  Clayton County Board of Elections and Registration, *Defendant*

55.  Cobb County Board of Elections and Registration, *Defendant*

56.  Cochran, Ken, *Defendant*

57.  Columbia County Board of Elections, *Defendant*

58.  Columbia County Board of Registrars, *Defendant*

59.  Common Cause, *Plaintiff-Appellee*

60.  Consovoy McCarthy PLLC, *Attorneys for Intervenor-Defendants-Appellants*

61.  Cramer, Raisa, *Attorney for Plaintiffs-Appellees*

No. 23-13095, *In re: Georgia Senate Bill 202*

62. Crawford, Teresa, *Defendant*

63. Crawford, Teresa, *Defendant*

64. Crowell & Moring, LLP, *Attorneys for Plaintiffs-Appellees*

65. Cushman, Ann, *Defendant*

66. Cusick, John, *Attorney for Plaintiffs-Appellees*

67. Dasgupta, Riddhi, *Attorney for Defendants-Appellants*

68. Dave, Charles, *Defendant*

69. Davenport, Jennifer, *Attorney for Defendant*

70. Davis Wright Tremaine LLP, *Attorneys for Plaintiffs-Appellees*

71. Davis, Britton, *Attorney for Plaintiffs-Appellees*

72. Day, Stephen, *Defendant*

73. DeKalb County Board of Registrations and Elections, *Defendant*

74. DeKalb County Law Department, *Attorneys for Defendant*

75. Delta Sigma Theta Sorority, Inc., *Plaintiff-Appellee*

76. Denmark, Emilie, *Attorney for Defendant*

77. Dentons US LLP, *Attorneys for Intervenor-Defendants-Appellants*

78. Deshazior, Zurich, *Defendant*

79. DeThomas, Courtney, *Attorney for Plaintiffs-Appellees*

80. Dianis, Judith, *Attorney for Plaintiffs-Appellees*

81. Dickey, Gilbert, *Attorney for Intervenor-Defendants-Appellants*

82. Dicks, Terence, *Defendant*

83. Dimmick, Brian, *Attorney for Plaintiffs-Appellees*

84. DiStefano, Don, *Defendant*

No. 23-13095, *In re: Georgia Senate Bill 202*

85.    Doss, Travis, *Defendant*

86.    Dozier, Shauna, *Defendant*

87.    Drennon, Baxter, *Attorney for Intervenor-Defendants-Appellants*

88.    Duffie, Wanda, *Defendant*

89.    Durbin, Jauan, *Plaintiff-Appellee*

90.    Durso, Katherine, *Defendant*

91.    Edwards, Gregory, *Defendant*

92.    Elias Law Group LLP, *Attorneys for Plaintiffs-Appellees*

93.    Ellington, Thomas, *Defendant*

94.    Enjeti-Sydow, Anjali, *Plaintiff-Appellee*

95.    Evans, James, *Attorney for Defendant*

96.    Evans, Rachel, *Attorney for Plaintiffs-Appellees*

97.    Evans-Daniel, Karen, *Defendant*

98.    Eveler, Janine, *Defendant*

99.    Exousia Lighthouse International C.M., Inc, *Plaintiff*

100.    Faith In Action Network, *Plaintiff*

101.    Falk, Donald, *Attorney for Defendants-Appellants*

102.    Fambrough, Willa, *Defendant*

103.    Faransso, Tania, *Attorney for Plaintiffs-Appellees*

104.    Farrell, Gregory, *Attorney for Plaintiffs-Appellees*

105.    Feldsherov, Ilya, *Attorney for Plaintiffs-Appellees*

106.    Fenwick & West, LLP, *Attorneys for Plaintiffs-Appellees*

107.    Field, Brian, *Attorney for Defendants-Appellants*

No. 23-13095, *In re: Georgia Senate Bill 202*

108.  First Congregational Church, United Church of Christ Incorporated, *Plaintiff-Appellee*

109.  Fogelson, Matthew, *Attorney for Plaintiffs-Appellees*

110.  Forsyth County Board of Voter Registrations and Elections, *Defendant*

111.  Fortier, Lucas, *Attorney for Plaintiffs-Appellees*

112.  Foster, Mikayla, *Attorney for Plaintiffs-Appellees*

113.  Freeman Mathis & Gary, LLP, *Attorneys for Defendant*

114.  Fulton County Attorney's Office, *Attorneys for Defendant*

115.  Fulton County Registration and Elections Board, *Defendant*

116.  Galeo Latino Community Development Fund, Inc., *Plaintiff-Appellee*

117.  Gammage, Keith, *Defendant*

118.  Garabadu, Rahul, *Attorney for Plaintiffs-Appellees*

119.  Gartland, Pat, *Defendant*

120.  Gartland, Pat, *Defendant*

121.  Gay, Nancy, *Defendant*

122.  Geiger, Debra, *Defendant*

123.  Georgia Adapt, *Plaintiff-Appellee*

124.  Georgia Advocacy Office, *Plaintiff-Appellee*

125.  Georgia Coalition for the People's Agenda, Inc., *Plaintiff-Appellee*

126.  Georgia Department of Law, *Attorneys for Defendants-Appellants*

127.  Georgia Latino Alliance for Human Rights, Inc., *Plaintiff-Appellee*

128.  Georgia Muslim Voter Project, *Plaintiff-Appellee*

129.  Georgia Republican Party, Inc., *Intervenor-Defendant-Appellant*

130. Georgia State Conference of the NAACP, *Plaintiff-Appellee*

131. Georgia State Election Board, *Defendant*

132. Ghazal, Sara, *Defendant*

133. Gibbs, Fannie, *Plaintiff-Appellee*

134. Gillon, Thomas, *Defendant*

135. Givens, Diane, *Defendant*

136. Gossett, David, *Attorney for Plaintiffs-Appellees*

137. Greater Works Ministries Network, Inc., *Plaintiff*

138. Green, Tyler, *Attorney for Intervenor-Defendants-Appellants*

139. Greenbaum, Jon, *Attorney for Plaintiffs-Appellees*

140. Greenberg Traurig, LLP, *Attorneys for Defendant*

141. Groves, Angela, *Attorney for Plaintiffs-Appellees*

142. Gwinnett County Board of Registrations and Elections, *Defendant*

143. Gwinnett County Department of Law, *Attorneys for Defendant*

144. Hall Booth Smith, P.C., *Attorneys for Intervenor-Defendants-Appellants*

145. Hall County Board of Elections and Registration, *Defendant*

146. Hall County Government, *Attorneys for Defendant*

147. Hall, Dorothy, *Defendant*

148. Hall, John, *Attorney for Intervenor-Defendants-Appellants*

149. Hamilton, Brittni, *Attorney for Plaintiffs-Appellees*

150. Hancock, Jack, *Attorney for Defendant*

151. Hart, Ralph, *Attorney for Defendant*

152. Hart, Twyla, *Defendant*

No. 23-13095, *In re: Georgia Senate Bill 202*

153.  Hasselberg, Emily, *Attorney for Plaintiffs-Appellees*

154.  Hayes, Vilia, *Attorney for Plaintiffs-Appellees*

155.  Haynie, Litchfield & White, PC, *Attorneys for Defendant*

156.  Hazard, Joel, *Defendant*

157.  Heard, Bradley, *Attorney for Plaintiffs-Appellees*

158.  Heimes, Marianne, *Defendant*

159.  Henseler, James, *Attorney for Plaintiffs-Appellees*

160.  Herren, Thomas, *Attorney for Plaintiffs-Appellees*

161.  Hiatt, Alexandra, *Attorney for Plaintiffs-Appellees*

162.  Ho, Dale, *Attorney for Plaintiffs-Appellees*

163.  Hodge, Malinda, *Defendant*

164.  Houk, Julie, *Attorney for Plaintiffs-Appellees*

165.  Hoyos, Luis, *Attorney for Plaintiffs-Appellees*

166.  Hughes Hubbard & Reed, *Attorneys for Plaintiffs-Appellees*

167.  Hughes, Aileen, *Attorney for Plaintiffs-Appellees*

168.  Hull Barrett, PC, *Attorneys for Defendant*

169.  Ingram, Randy, *Defendant*

170.  Jacoutot, Bryan, *Attorney for Defendants-Appellants*

171.  Jaffe, Erik, *Attorney for Defendants-Appellants*

172.  Jahangiri, Mahroh, *Attorney for Plaintiffs-Appellees*

173.  Jaikumar, Arjun, *Attorney for Plaintiffs-Appellees*

174.  James-Bates-Brannan-Groover-LLP, *Attorneys for Defendant*

175.  Jarrard & Davis, LLP, *Attorneys for Defendant*

No. 23-13095, *In re: Georgia Senate Bill 202*

176. Jasrasaria, Jyoti, *Attorney for Plaintiffs-Appellees*

177. Jaugstetter, Patrick, *Attorney for Defendant*

178. Jedreski, Matthew, *Attorney for Plaintiffs-Appellees*

179. Jester, Alfred, *Defendant*

180. Jester, Nancy, *Defendant*

181. Jhaveri, Sejal, *Attorney for Plaintiffs-Appellees*

182. Johnson, Aaron, *Defendant*

183. Johnson, Ben, *Defendant*

184. Johnson, Darlene, *Defendant*

185. Johnson, Melinda, *Attorney for Plaintiffs-Appellees*

186. Johnston, Janice, *Defendant*

187. Joiner, Amelia, *Attorney for Defendant*

188. Kanu, Nkechi, *Attorney for Plaintiffs-Appellees*

189. Kaplan, Mike, *Defendant*

190. Kastorf Law, LLC, *Attorneys for Plaintiffs-Appellees*

191. Kastorf, Kurt, *Attorney for Plaintiffs-Appellees*

192. Kaufman, Alex, *Attorney for Intervenor-Defendants-Appellants*

193. Keker Van Nest & Peters LLP, *Attorneys for Plaintiffs-Appellees*

194. Keker Van Nest & Peters LLP, *Attorneys for Plaintiffs-Appellees*

195. Kemp, Brian, *Defendant-Appellant*

196. Kennedy, David, *Defendant*

197. Kennedy, Kate, *Attorney for Plaintiffs-Appellees*

198. Keogh, William, *Attorney for Defendant*

No. 23-13095, *In re: Georgia Senate Bill 202*

199.   Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

200.   Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

201.   Kim, Danielle, *Attorney for Plaintiffs-Appellees*

202.   Kingsolver, Justin, *Attorney for Plaintiffs-Appellees*

203.   Klein, Spencer, *Attorney for Plaintiffs-Appellees*

204.   Knapp, Halsey, *Attorney for Plaintiffs-Appellees*

205.   Koorji, Alaizah, *Attorney for Plaintiffs-Appellees*

206.   Krevolin & Horst, LLC, *Attorneys for Plaintiffs-Appellees*

207.   Kucharz, Kevin, *Attorney for Defendant*

208.   Lakin, Sophia, *Attorney for Plaintiffs-Appellees*

209.   Lam, Leo, *Attorney for Plaintiffs-Appellees*

210.   Lang, Antan, *Defendant*

211.   LaRoss, Diane, *Attorney for Defendants-Appellants*

212.   Latino Community Fund of Georgia, *Plaintiff-Appellee*

213.   Lauridsen, Adam, *Attorney for Plaintiffs-Appellees*

214.   Law Office of Gerald R Weber, LLC, *Attorneys for Plaintiffs-Appellees*

215.   Lawyers' Committee for Civil Rights Under Law, *Attorneys for Plaintiffs-Appellees*

216.   League of Women Voters of Georgia, Inc., *Plaintiff-Appellee*

217.   Leung, Kimberly, *Attorney for Plaintiffs-Appellees*

218.   Lewis, Anthony, *Defendant*

219.   Lewis, Joyce, *Attorney for Plaintiffs-Appellees*

220.   Lin, Stephanie, *Attorney for Plaintiffs-Appellees*

No. 23-13095, *In re: Georgia Senate Bill 202*

221.   Lindsey, Edward, *Defendant*

222.   Lower Muskogee Creek Tribe, *Plaintiff-Appellee*

223.   Lowman, David, *Attorney for Defendant*

224.   Ludwig, Jordan, *Attorney for Plaintiffs-Appellees*

225.   Luth, Barbara, *Defendant*

226.   Ma, Eileen, *Attorney for Plaintiffs-Appellees*

227.   Mack, Rachel, *Attorney for Defendant*

228.   Mahoney, Thomas, *Defendant*

229.   Manifold, Zach, *Defendant*

230.   Martin, Grace, *Attorney for Defendant*

231.   Mashburn, Matthew, *Defendant-Appellant*

232.   May, Caitlin, *Attorney for Plaintiffs-Appellees*

233.   McAdams, Issac, *Defendant*

234.   McCandless, Spencer, *Attorney for Plaintiffs-Appellees*

235.   McCarthy, Thomas, *Attorney for Intervenor-Defendants-Appellants*

236.   McClain, Roy, *Defendant*

237.   McCord, Catherine, *Attorney for Plaintiffs-Appellees*

238.   McFalls, Tim, *Defendant*

239.   McFarland, Ernest, *Attorney for Plaintiffs-Appellees*

240.   McGowan, Charlene, *Attorney for Defendants-Appellants*

241.   Mcrae, Colin, *Defendant*

242.   Melcher, Molly, *Attorney for Plaintiffs-Appellees*

243.   Metropolitan Atlanta Baptist Ministers Union, Inc., *Plaintiff-Appellee*

No. 23-13095, *In re: Georgia Senate Bill 202*

244.   Mijente, Inc., *Plaintiff*

245.   Miller, Nicholas, *Attorney for Defendants-Appellants*

246.   Milord, Sandy, *Attorney for Defendant*

247.   Minnis, Terry, *Attorney for Plaintiffs-Appellees*

248.   Mizner, Susan, *Attorney for Plaintiffs-Appellees*

249.   Mocine-McQueen, Marcos, *Attorney for Plaintiffs-Appellees*

250.   Momo, Shelley, *Attorney for Defendant*

251.   Morrison, Tina, *Attorney for Plaintiffs-Appellees*

252.   Mosbacher, Jennifer, *Defendant*

253.   Motter, Susan, *Defendant*

254.   Murchie, Laura, *Attorney for Plaintiffs-Appellees*

255.   Murray, Karen, *Defendant*

256.   NAACP Legal Defense and Education Fund, Inc., *Attorneys for Plaintiffs-Appellees*

257.   *National Association for the Advancement of Colored People, Inc.*, Parent Corporation of Georgia State Conference of the NAACP

258.   National Republican Congressional Committee, *Intervenor-Defendant-Appellant*

259.   National Republican Senatorial Committee, *Intervenor-Defendant-Appellant*

260.   Natt, Joel, *Defendant*

261.   Nemeth, Miriam, *Attorney for Plaintiffs-Appellees*

262.   Nercessian, Armen, *Attorney for Plaintiffs-Appellees*

263.   New Birth Missionary Baptist Church, Inc., *Plaintiff*

No. 23-13095, *In re: Georgia Senate Bill 202*

264.  Newland, James, *Defendant*

265.  Nguyen, Candice, *Attorney for Plaintiffs-Appellees*

266.  Nguyen, Phi, *Attorney for Plaintiffs-Appellees*

267.  Nkwonta, Uzoma, *Attorney for Plaintiffs-Appellees*

268.  Noa, Jack, *Defendant*

269.  Noland Law Firm, LLC, *Attorneys for Defendant*

270.  Noland, William, *Attorney for Defendant*

271.  Norris, Cameron, *Attorney for Intervenor-Defendants-Appellants*

272.  Norse, William, *Defendant*

273.  Nwachukwu, Jennifer, *Attorney for Plaintiffs-Appellees*

274.  O'Brien, James, *Defendant*

275.  O'Connor, Eileen, *Attorney for Plaintiffs-Appellees*

276.  O'Lenick, Alice, *Defendant*

277.  Olm, Rylee, *Attorney for Plaintiffs-Appellees*

278.  Oxford, Neil, *Attorney for Plaintiffs-Appellees*

279.  Paik, Steven, *Plaintiff-Appellee*

280.  Pant, Shontee, *Attorney for Plaintiffs-Appellees*

281.  Paradise, Loree, *Attorney for Defendants-Appellants*

282.  Parker, Warrington, *Attorney for Plaintiffs-Appellees*

283.  Pelletier, Susan, *Attorney for Plaintiffs-Appellees*

284.  Porter, Megan, *Attorney for Plaintiffs-Appellees*

285.  Powell, Laura, *Attorney for Plaintiffs-Appellees*

286.  Prince, Joshua, *Attorney for Defendants-Appellants*

No. 23-13095, *In re: Georgia Senate Bill 202*

287.  Pulgram, Laurence, *Attorney for Plaintiffs-Appellees*

288.  Pullar, Patricia, *Defendant*

289.  Qadir, Hunaid, *Defendant*

290.  Radzikinas, Carla, *Defendant*

291.  Raffensperger, Brad, *Defendant-Appellant*

292.  Raffle, Rocky, *Defendant*

293.  Ramahi, Zainab, *Attorney for Plaintiffs-Appellees*

294.  Rich, James, *Attorney for Plaintiffs-Appellees*

295.  Richardson, Jasmyn, *Attorney for Plaintiffs-Appellees*

296.  Richmond County Board of Elections, *Defendant*

297.  Ringer, Cheryl, *Attorney for Defendant*

298.  Rise, Inc., *Plaintiff-Appellee*

299.  Rodriguez, Anthony, *Defendant*

300.  Rosborough, Davin, *Attorney for Plaintiffs-Appellees*

301.  Rosenberg, Ezra, *Attorney for Plaintiffs-Appellees*

302.  Rosenberg, Steven, *Attorney for Defendant*

303.  Russ, John, *Attorney for Plaintiffs-Appellees*

304.  Ruth, Kathleen, *Defendant*

305.  Ryan, Elizabeth, *Attorney for Plaintiffs-Appellees*

306.  Sabzevari, Arash, *Attorney for Defendant*

307.  Sachdeva, Niharika, *Attorney for Plaintiffs-Appellees*

308.  Samuel Dewitt Proctor Conference, Inc., *Plaintiff*

309.  Sankofa United Church of Christ Limited, *Plaintiff*

No. 23-13095, *In re: Georgia Senate Bill 202*

310.　Schaerr | Jaffe LLP, *Attorneys for Defendants-Appellants*

311.　Schaerr, Gene, *Attorney for Defendants-Appellants*

312.　Scott, William, *Attorney for Defendant*

313.　Seals, Veronica, *Defendant*

314.　Segarra, Esperanza, *Attorney for Plaintiffs-Appellees*

315.　Sells, Bryan, *Attorney for Plaintiffs-Appellees*

316.　Shah, Niyati, *Attorney for Plaintiffs-Appellees*

317.　Sheats, Gala, *Defendant*

318.　Shelly, Jacob, *Attorney for Plaintiffs-Appellees*

319.　Shirley, Adam, *Defendant*

320.　Sieff, Adam, *Attorney for Plaintiffs-Appellees*

321.　Silas, Tori, *Defendant*

322.　Sixth District of the African Methodist Episcopal Church, *Plaintiff-Appellee*

323.　Smith, Casey, *Attorney for Plaintiffs-Appellees*

324.　Smith, Dele, *Defendant*

325.　Smith, Mandi, *Defendant*

326.　Solh, Chahira, *Attorney for Plaintiffs-Appellees*

327.　Solomon, Elbert, *Plaintiff-Appellee*

328.　Sosebee, Charlotte, *Defendant*

329.　Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

330.　Sowell, Gregory, *Attorney for Defendant*

331.　Sparks, Adam, *Attorney for Plaintiffs-Appellees*

332.　Squiers, Cristina, *Attorney for Defendants-Appellants*

No. 23-13095, *In re: Georgia Senate Bill 202*

333.   Stewart Melvin & Frost, LLP, *Attorneys for Defendant*

334.   Sumner, Stuart, *Attorney for Intervenor-Defendants-Appellants*

335.   Sung, Connie, *Attorney for Plaintiffs-Appellees*

336.   Sung, Connie, *Attorney for Plaintiffs-Appellees*

337.   Swift, Karli, *Defendant*

338.   Szilagyi, Heather, *Attorney for Plaintiffs-Appellees*

339.   Tatum, Tobias, *Attorney for Defendants-Appellants*

340.   Taylor English Duma LLP, *Attorneys for Defendants-Appellants*

341.   Taylor, Wandy, *Defendant*

342.   Thatte, Anuja, *Attorney for Plaintiffs-Appellees*

343.   The ACLU Foundation Disability Rights Program, *Attorneys for Plaintiffs-Appellees*

344.   The Arc of the United States, *Plaintiff-Appellee*

345.   The Concerned Black Clergy of Metropolitan Atlanta, Inc., *Plaintiff-Appellee*

346.   The Georgia State Election Board, *Defendant*

347.   The Justice Initiative, Inc., *Plaintiff-Appellee*

348.   The Law Office of Bryan L. Sells, LLC, *Attorneys for Plaintiffs-Appellees*

349.   The New Georgia Project, *Plaintiff-Appellee*

350.   The Republican National Committee, *Intervenor-Defendant-Appellant*

351.   The State of Georgia, *Defendant-Appellant*

352.   The United States of America, *Plaintiff-Appellee*

353.   The Urban League of Greater Atlanta, Inc., *Plaintiff-Appellee*

No. 23-13095, *In re: Georgia Senate Bill 202*

354. Thomas, Ethan, *Attorney for Plaintiffs-Appellees*

355. Thompson, Grace, *Attorney for Plaintiffs-Appellees*

356. Till, Ann, *Defendant*

357. Topaz, Jonathan, *Attorney for Plaintiffs-Appellees*

358. Trent, Edward, *Attorney for Defendants-Appellants*

359. Tucker, William, *Attorney for Plaintiffs-Appellees*

360. Tyson, Bryan, *Attorney for Defendants-Appellants*

361. Uddullah, Angelina, *Plaintiff-Appellee*

362. Unger, Jess, *Attorney for Plaintiffs-Appellees*

363. United States Department of Justice, *Attorneys for Plaintiffs-Appellees*

364. Van Stephens, Michael, *Attorney for Defendant*

365. Vander Els, Irene, *Attorney for Defendant*

366. Varghese, George, *Attorney for Plaintiffs-Appellees*

367. Varner, Johnny, *Defendant*

368. Vasquez, Jorge, *Attorney for Plaintiffs-Appellees*

369. Vaughan, Elizabeth, *Attorney for Defendants-Appellants*

370. Waite, Tristen, *Attorney for Defendant*

371. Wang, Emily, *Attorney for Plaintiffs-Appellees*

372. Ward-Packard, Samuel, *Attorney for Plaintiffs-Appellees*

373. Wardenski, Joseph, *Attorney for Plaintiffs-Appellees*

374. Weber, Gerald, *Attorney for Plaintiffs-Appellees*

375. Weigel, Daniel, *Attorney for Defendants-Appellants*

376. Wesley, Carol, *Defendant*

No. 23-13095, *In re: Georgia Senate Bill 202*

377.    White, Daniel, *Attorney for Defendant*

378.    White, William, *Attorney for Intervenor-Defendants-Appellants*

379.    Wiggins, Larry, *Defendant*

380.    Wilberforce, Nana, *Attorney for Plaintiffs-Appellees*

381.    Wilborn, Eric, *Attorney for Defendant*

382.    Williams, Gilda, *Attorney for Plaintiffs-Appellees*

383.    Williams, Tuwanda, *Attorney for Defendant*

384.    Wilmer Cutler Pickering Hale and Dorr LLP, *Attorneys for Plaintiffs-Appellees*

385.    Wilson, Jacob, *Attorney for Defendant*

386.    Wilson, Melanie, *Attorney for Defendant*

387.    Wingate, Mark, *Defendant*

388.    Winichakul, Pichaya, *Attorney for Plaintiffs-Appellees*

389.    Women Watch Afrika, *Plaintiff-Appellee*

390.    Woodfin, Conor, *Attorney for Intervenor-Defendants-Appellants*

391.    Woolard, Cathy, *Defendant*

392.    Wurtz, Lori, *Defendant*

393.    Yoon, Meredyth, *Attorney for Plaintiffs-Appellees*

394.    Young, Sean, *Attorney for Plaintiffs-Appellees*

395.    Zatz, Clifford, *Attorney for Plaintiffs-Appellees*

No. 23-13095, *In re: Georgia Senate Bill 202*

The Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, and the Georgia Republican Party, Inc., have no parent corporation, and no corporation owns 10% or more of their stock. No publicly traded company or corporation has an interest in the outcome of this case or appeal. Per Circuit Rule 26.1-2(c), Appellants certify that the CIP contained in this motion is complete.

Dated: October 18, 2023      */s/ Patrick Strawbridge*
                              Counsel for Intervenor-Defendants-Appellants

No. 23-13095, *In re: Georgia Senate Bill 202*

## MOTION TO CONSOLIDATE

Intervenor-Appellants—the Republican National Committee, the National Republican Senatorial Committee, the National Republican Congressional Committee, and the Georgia Republican Party, Inc.—move, under Eleventh Circuit Rule 27, to consolidate their appeal of District Court Order No. 614 with Eleventh Circuit Case No. 23-13095.

On August 18, 2023, the District Court entered two separate preliminary injunctions: Order No. 613 and Order No. 614. On September 18, the Republican committees appealed both orders in a single notice of appeal (Doc. 639). That notice of appeal created docket No. 23-13085, which is designated as a multi-appeal. The same day, the State Defendants appealed the two preliminary injunctions in two separate notices of appeal (Docs. 643 & 644). The State Defendants' appeal of Order No. 613 was filed in docket No. 23-13085. The State Defendants' appeal of Order No. 614 created this docket, No. 23-13095.

Thus, case No. 23-13085 contains three appeals: (1) the Republican committees' appeal of Order No. 613, (2) the Republican committees' appeal of Order No. 614, and (3) the State Defendants' appeal of Order No. 613. Meanwhile, case No. 23-13095 contains the State Defendants' appeal of Order No. 614.

The Republican committees request that the Court consolidate their appeal of Order No. 614 with the State Defendants' appeal of the same order in case No. 23-13095. Consolidation is appropriate when it "is in the interest of judicial economy, such as when multiple appeals raise the same or similar issues." Eleventh Circuit Rule 12-2 (permitting the clerk to consolidate appeals). It is the "proper solution to problems

1

created by the existence of two or more cases involving the same parties and issues, simultaneously pending in the same court." *Hargett v. Valley Fed. Sav. Bank*, 60 F.3d 754, 765-66 (11th Cir. 1995). This Court thus often consolidates cases on its docket that "involve a common question of law or fact." *Id.* The parties' appeals of Order No. 614 involve the same parties, the same questions of law and fact, and the same underlying judgment. The parties' appeals of Order No. 614 should thus be included in the same docket: Case No. 23-13095. Likewise, the parties' appeals of Order No. 613 should remain consolidated with each other, but under a docket number different from the 614 appeals. Although the two orders involve the same parties, they concern different facts and raise different legal issues.

In short, the Republican committees' appeal of Order No. 614 should be moved from case No. 23-13085 to case No. 23-13095. The appeals of Order No. 613 should remain in case No. 23-13085. This motion is not intended to affect Plaintiffs' cross-appeal of Doc. 613, which is docketed as Case No. 23-13245. None of the parties to this appeal oppose this motion.

For these reasons, the Republican committees respectfully ask this Court to grant their motion.

No. 23-13095, *In re: Georgia Senate Bill 202*

Dated: October 18, 2023.

Respectfully submitted,

*/s/ Patrick Strawbridge*

William Bradley Carver, Sr.
Baxter D. Drennon
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
BCarver@hallboothsmith.com
BDrennon@hallboothsmith.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423
patrick@consovoymccarthy.com

Gilbert C. Dickey
Conor D. Woodfin
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

*Counsel for RNC, NRSC, NRCC, and Georgia Republican Party*

3

No. 23-13095, *In re: Georgia Senate Bill 202*

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d)(2)(A) because it contains 467 words, excluding the parts that can be excluded. This motion also complies with Rule 32(a)(5)-(6) because it has been prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: October 18, 2023                    */s/ Patrick Strawbridge*

## CERTIFICATE OF SERVICE

I filed this motion with the Court via ECF, which will email everyone requiring notice.

Dated: October 18, 2023                    */s/ Patrick Strawbridge*