No. 23-13095

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

## IN RE: GEORGIA SENATE BILL 202

_____

On Appeal from the United States District Court
for the Northern District of Georgia, Atlanta Division
No. 1:21-mi-55555-JPB

_____

## PLAINTIFFS-APPELLEES' CERTIFICATE OF INTERESTED
## PERSONS AND CORPORATE DISCLOSURE STATEMENT

FENWICK & WEST LLP
555 California St.
San Francisco, CA 94104
(415) 875-2300

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K St. NW, Ste. 900
Washington, D.C. 20005
(202) 662-8600

THE LAW OFFICE OF BRYAN SELLS, LLC
P.O. Box 5493
Atlanta, GA 31107
(404) 480-4212

LAW OFFICE OF GERALD R. WEBER, LLC
P.O. Box 5391
Atlanta, GA 31107
(404) 522-0507

_Attorneys for Plaintiffs-Appellees Georgia State
Conference of the NAACP, Georgia Coalition for
the People's Agenda, Inc., League of Women Voters
of Georgia, Inc., GALEO Latino Community
Development Fund, Inc., Common Cause, and the
Lower Muskogee Creek Tribe_

NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.

| | |
|---|---|
| 40 Rector St., 5th Floor | 700 14th St. NW, Ste. 600 |
| New York, NY 10006 | Washington, D.C. 20005 |
| (212) 965-2200 | (202) 682-1300 |

ACLU FOUNDATION
125 Broad St. 18th Floor
New York, NY 10004
(212) 519-7836

ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
(678) 981-5295

WILMER CUTLER PICKERING HALE AND DORR LLP

| | |
|---|---|
| 250 Greenwich St. | 60 State St. |
| New York, NY 10007 | Boston, MA 02109 |
| (212) 230-8800 | (617) 526-6000 |

_Attorneys for Plaintiffs-Appellees Sixth District
of the African Methodist Episcopal Church, Delta
Sigma Theta Sorority, Georgia ADAPT, and Georgia
Advocacy Office_

SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Ste. 340
Decatur, GA 30031
(404) 521-6700

DAVIS WRIGHT TREMAINE LLP

| | |
|---|---|
| 1301 K St. NW, Ste. 500 | 920 Fifth Ave., Ste. 3300 |
| Washington, D.C. 20005 | Seattle, WA 98104 |
| (202) 973-4288 | (206) 622-3150 |

_Attorneys for Plaintiffs Georgia Muslim Voter
Project, Women Watch Afrika, Latino Community
Fund Georgia, and The Arc of the United States_

*In Re: Georgia Senate Bill 202*

*Attorneys for Plaintiffs-Appellees Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek Tribe:*

Bryan L. Sells
THE LAW OFFICE OF
  BRYAN SELLS, LLC
PO Box 5493
Atlanta, GA 31107
(404) 480-4212

Jon Greenbaum
Ezra D. Rosenberg
Julie M. Houk
Jennifer Nwachukwu
Heather Szilagyi
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, D.C. 20005
(202) 662-8600

Vilia Hayes
Neil Oxford
Gregory Farrell
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

Laurence F. Pulgram
Molly Melcher
Armen Nercessian
Ethan Thomas
FENWICK & WEST LLP
555 California St.
San Francisco, CA 94104
 (415) 875-2300

Joseph S. Belichick
FENWICK & WEST LLP
Silicon Valley Center
801 California St.
Mountain View, CA 94041-2008
(650) 988-8500

Catherine McCord
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
(212) 430-2690

Gerald Weber
LAW OFFICE OF
GERALD R. WEBER, LLC
PO Box 5391
Atlanta, GA 31107
(404) 522-0507

No. 23-13095
*In Re: Georgia Senate Bill 202*
*Attorneys for Plaintiffs Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, and The Arc of the United States:*

Bradley E. Heard
Pichaya Poy Winichakul
Matletha N. Bennette
SOUTHERN POVERTY
LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
(404) 521-6700

Jess Unger
Sabrina S. Khan
SOUTHERN POVERTY
LAW CENTER
1101 17th St. NW, Suite 705
Washington, D.C. 20036
(202) 728-9557

David M. Gossett
Courtney T. DeThomas
DAVIS WRIGHT TREMAINE LLP
1301 K St. NW, Suite 500
Washington, D.C. 20005-7048
(202) 973-4288

Matthew R. Jedreski
Grace Thompson
Danielle E. Kim
Kate Kennedy
Shontee Pant
DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave., Suite 3300
Seattle, WA 98104-1610
(206) 622-3150

Adam S. Sieff
Daniel Leigh
Brittni A. Hamilton
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa St., 24th Floor
Los Angeles, CA 90017-2566
(213) 633-6800

*Attorneys for Plaintiffs-Appellees Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, and Georgia Advocacy Office:*

Sophia Lin Lakin
Davin M. Rosborough
Jonathan Topaz
Dayton Campbell-Harris
Casey Smith
ACLU FOUNDATION, INC.
125 Broad St., 18th Floor
New York, NY 10004
(212) 519-7836

Susan P. Mizner
ACLU FOUNDATION, INC.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781

Brian Dimmick
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, D.C. 20005
(202) 731-2395

Rahul Garabadu
Caitlin May
Cory Isaacson
ACLU FOUNDATION OF
  GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
(678) 981-5295

Leah C. Aden
John S. Cusick
Alaizah Koorji
NAACP LEGAL DEFENSE AND

Debo P. Adegbile
Alexandra Hiatt
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich St.
New York, NY 10007
(212) 230-8800

George P. Varghese
Stephanie Lin
Lucas Fortier
Sofia Brooks
Mikayla Foster
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State St.
Boston, MA 02109
(617) 526-6000

Tania Faransso
Laura E. Powell
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave., NW
Washington, D.C. 20037
(202) 663-6000

Nana Wilberforce
WILMER CUTLER PICKERING
  HALE  AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
(213) 443-5300

EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
(212) 965-2200

Anuja Thatte
NAACP LEGAL DEFENSE AND
 EDUCATION FUND, INC.
700 14th St., NW, Suite 600
Washington, D.C. 20005
(202) 682-1300

No. 23-13095
*In Re: Georgia Senate Bill 202*
## <u>CERTIFICATE OF INTERESTED PERSONS</u>

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1–26.1-3, Plaintiffs-Appellees Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, Lower Muskogee Creek Tribe, Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, and The Arc of the United States identify all Counsel, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal:

1.  Abbott, Robert, *Defendant*;

2.  Abudu, Nancy, *Former Counsel for Plaintiffs-Appellees;*

3.  ACLU Foundation of Georgia, Inc., *Counsel for Plaintiffs-Appellees*;

4.  Adegbile, Debo P., *Counsel for Plaintiffs-Appellees*;

5.  Aden, Leah, *Counsel for Plaintiffs-Appellees*;

6.  Advancement Project, *Counsel for Plaintiffs-Appellees*;

7.  Ameri, Mana, *Counsel for Plaintiffs-Appellees*;

8.  American Civil Liberties Union Foundation, Inc., *Counsel for Plaintiffs-Appellees*;

9.     Andrews, Wanda, *Defendant*;

10.     Aquino, Nora, *Plaintiff-Appellee*;

11.     Asian Americans Advancing Justice-Asian Law Caucus, *Counsel for Plaintiffs-Appellees*;

12.     Asian Americans Advancing Justice-Atlanta, *Plaintiff-Appellee*;

13.     Augusta Georgia Law Department, *Counsel for Defendant*;

14.     Ausburn, Deborah, *Counsel for State Defendants-Appellants*;

15.     Awuku, George, *Defendant*;

16.     Banks, Marques, *Former Counsel for Plaintiffs-Appellees*;

17.     Banter, James, *Counsel for Defendant*;

18.     Barkdull, Annika Boone, *Counsel for State Defendants-Appellants*;

19.     Barnes, Sherry, *Defendant*;

20.     Barrett, James, *Counsel for State Defendants-Appellants;*

21.     Barron, Richard, *Defendant*;

22.     Bartolomucci, H. Christopher, *Counsel for State Defendants-Appellants*;

23.     Beausoleil, William, *Counsel for Plaintiffs-Appellees*;

24.     BECK OWEN & MURRAY, *Counsel for Defendant*;

25.     Begakis, Steven, *Counsel for Intervenor-Defendants*;

26.     Belichick, Joseph, *Counsel for Plaintiffs-Appellees*;

27.     Bell, Jordan, *Counsel for Defendant*;

28. Bennette, Matletha, *Counsel for Plaintiffs-Appellees*;

29. Black Voters Matter Fund, *Plaintiff-Appellee*;

30. Blender, Matthew, *Defendant*;

31. Bloodworth, Kristin, *Former Counsel for Defendant*;

32. Boulee, Honorable J. P., *United States District Court Judge*;

33. Bowman, Brad, *Counsel for Defendant*;

34. Boyle, Donald, *Counsel for State Defendants-Appellants*;

35. Broder, Karl, *Counsel for Defendant*;

36. Brooks, Jessica, *Defendant*;

37. Brooks, Sofia, *Counsel for Plaintiffs-Appellees*;

38. Brown, Marcia, *Defendant*;

39. Bruning, Stephen, *Defendant*;

40. Bruning, Steven, *Defendant*;

41. Bryan, Bennett, *Counsel for Defendant*;

42. Burwell, Kaye, *Counsel for Defendant*;

43. Campbell-Harris, Dayton, *Counsel for Plaintiffs-Appellees*;

44. Carr, Christopher M., Attorney General of the State of Georgia, *Counsel for State Defendants-Appellants*;

45. Carver, William, *Counsel for Intervenor-Defendants*;

46. Cathey, Thomas, *Former Counsel for Defendant*;

47. CHALMERS, ADAMS, BACKER & KAUFMAN, LLC, *Counsel for Defendant*;

48. Chatham County Attorney, *Counsel for Defendant*;

49. Chatham County Board of Elections, *Defendant*;

50. Chatham County Board of Registrars, *Defendant*;

51. Clarke County Board of Elections and Voter Registration, *Defendant*;

52. Clayton County Board of Elections and Registration, *Defendant*;

53. Cobb County Board of Elections and Registration, *Defendant*;

54. Cochran, Ken, *Defendant*;

55. Columbia County Board of Elections, *Defendant*;

56. Columbia County Board of Registrars, *Defendant*;

57. Common Cause, *Plaintiff-Appellee*;

58. CONSOVOY MCCARTHY PLLC, *Counsel for Intervenor-Defendants*;

59. Cramer, Raisa, *Former Counsel for Plaintiffs-Appellees*;

60. Crawford, Teresa, *Defendant*;

61. CROWELL & MORING, LLP, *Counsel for Plaintiffs-Appellees*;

62. Cushman, Ann, *Defendant*;

63. Cusick, John, *Counsel for Plaintiffs-Appellees*;

64. Dasgupta, Riddhi, *Counsel for Defendants-Appellants*;

65. Dave, Charles, *Defendant*;

66. Davenport, Jennifer, *Counsel for Defendant*;

67. DAVIS WRIGHT TREMAINE LLP, *Counsel for Plaintiffs-Appellees*;

68. Davis, Britton, *Former Counsel for Plaintiffs-Appellees*;

69. Day, Stephen, *Defendant*;

70. DeKalb County Board of Registrations and Elections, *Defendant*;

71. DeKalb County Law Department, *Counsel for Defendant*;

72. Delta Sigma Theta Sorority, Inc., *Plaintiff-Appellee*;

73. Denmark, Emilie, *Counsel for Defendant*;

74. DENTONS US LLP, *Counsel for Intervenor-Defendants*;

75. Deshazior, Zurich, *Defendant*;

76. DeThomas, Courtney, *Counsel for Plaintiffs-Appellees*;

77. Dianis, Judith, *Counsel for Plaintiffs-Appellees*;

78. Dickey, Gilbert, *Counsel for Intervenor-Defendants*;

79. Dicks, Terence, *Defendant*;

80. Dimmick, Brian, *Counsel for Plaintiffs-Appellees*;

81. DiStefano, Don, *Defendant*;

82. Doss, Travis, *Defendant*;

83. Dozier, Shauna, *Defendant*;

84. Drennon, Baxter, *Counsel for Intervenor-Defendants*;

85. Duffey, William, Jr., *State Defendant-Appellant*;

86. Duffie, Wanda, *Defendant*;

87. Durbin, Jauan, *Plaintiff-Appellee*;

88. Durso, Katherine, *Defendant*;

89. Edwards, Gregory, District Attorney for Dougherty County, *State Defendant*;

90. ELIAS LAW GROUP LLP, *Counsel for Plaintiffs-Appellees*;

91. Ellington, Thomas, *Defendant*;

92. Enjeti-Sydow, Anjali, *Plaintiff-Appellee*;

93. Evans-Daniel, Karen, *Defendant*;

94. Evans, James, *Counsel for Defendant*;

95. Evans, Rachel, *Counsel for Plaintiffs-Appellees*;

96. Eveler, Janine, *Defendant*;

97. Kucharz, Donald M., *Counsel for State Defendants-Appellants*;

98. Fambrough, Willa, *Defendant*;

99. Faransso, Tania, *Counsel for Plaintiffs-Appellees*;

100. Farrell, Gregory, *Counsel for Plaintiffs-Appellees*;

101. Feldsherov, Ilya, *Former Counsel for Plaintiffs-Appellees;*

102. FENWICK & WEST, LLP, *Counsel for Plaintiffs-Appellees*;

103. Field, Brian J., *Counsel for State Defendants-Appellants*;

104. First Congregational Church, United Church of Christ Incorporated, *Plaintiff-Appellee*;

105. Fogelson, Matthew, *Counsel for Plaintiffs-Appellees*;

106. Forsyth County Board of Voter Registrations and Elections, *Defendant*;

107. Fortier, Lucas, *Counsel for Plaintiffs-Appellees*;

108. Foster, Mikayla, *Counsel for Plaintiffs-Appellees*;

109. FREEMAN MATHIS & GARY, LLP, *Counsel for Defendant*;

110. Fulton County Attorney's Office, *Counsel for Defendant*;

111. Fulton County Registration and Elections Board, *Defendant*;

112. Galeo Latino Community Development Fund, Inc., *Plaintiff-Appellee*;

113. Gammage, Keith, *Defendant*;

114. Garabadu, Rahul, *Counsel for Plaintiffs-Appellees*;

115. Gartland, Pat, *Defendant*;

116. Gay, Nancy, *Defendant*;

117. Geiger, Debra, *Defendant*;

118. Georgia Adapt, *Plaintiff-Appellee*;

119. Georgia Advocacy Office, *Plaintiff-Appellee*;

120. Georgia Coalition for the People's Agenda, Inc., *Plaintiff-Appellee*;

121. GEORGIA DEPARTMENT OF LAW, *Counsel for State Defendants-Appellants*;

122. Georgia Latino Alliance for Human Rights, Inc., *Plaintiff-Appellee*;

123. Georgia Muslim Voter Project, *Plaintiff-Appellee*;

124.    Georgia Republican Party, Inc., *Intervenor-Defendant*;

125.    Georgia State Conference of the NAACP, *Plaintiff-Appellee*;

126.    Georgia State Election Board, *Defendant*;

127.    Ghazal, Sara, *State Defendant*;

128.    Gibbs, Fannie, *Plaintiff-Appellee*;

129.    Gillon, Thomas, *Defendant*;

130.    Givens, Diane, *Defendant*;

131.    Gossett, David, *Counsel for Plaintiffs-Appellees*;

132.    Green, Tyler, *Counsel for Intervenor-Defendants*;

133.    Greenbaum, Jon, *Counsel for Plaintiffs-Appellees*;

134.    GREENBERG TRAURIG, LLP, *Counsel for Defendant*;

135.    Groves, Angela, *Counsel for Plaintiffs-Appellees*;

136.    Gwinnett County Board of Registrations and Elections, *Defendant*;

137.    Gwinnett County Department of Law, *Counsel for Defendant*;

138.    HALL BOOTH SMITH, P.C., *Counsel for Intervenor-Defendants*;

139.    Hall County Board of Elections and Registration, *Defendant*;

140.    Hall County Government, *Counsel for Defendant*;

141.    Hall, Dorothy, *Defendant*;

142.    Hall, John, *Counsel for Intervenor-Defendants*;

143.    Hamilton, Brittni, *Counsel for Plaintiffs-Appellees*;

144. Hancock, Jack, *Counsel for Defendant*;

145. Hart, Ralph, *Counsel for Defendant*;

146. Hart, Twyla, *Defendant*;

147. Hasselberg, Emily, *Counsel for Plaintiffs-Appellees*;

148. Hayes, Vilia, *Counsel for Plaintiffs-Appellees*;

149. HAYNIE, LITCHFIELD & WHITE, PC, *Counsel for Defendant*;

150. Hazard, Joel, *Defendant*;

151. Heard, Bradley, *Counsel for Plaintiffs-Appellees*;

152. Heimes, Marianne, *Defendant*;

153. Henseler, James, *Counsel for Plaintiffs-Appellees*;

154. Herren, Thomas, *Counsel for Plaintiffs-Appellees*;

155. Hiatt, Alexandra, *Counsel for Plaintiffs-Appellees*;

156. Ho, Dale, *Former Counsel for Plaintiffs-Appellees;*

157. Hodge, Malinda, *Defendant*;

158. Houk, Julie, *Counsel for Plaintiffs-Appellees*;

159. Hoyos, Luis, *Counsel for Plaintiffs-Appellees*;

160. HUGHES HUBBARD & REED, LLP, *Counsel for Plaintiffs-Appellees*;

161. Hughes, Aileen, *Counsel for Plaintiffs-Appellees*;

162. HULL BARRETT, PC, *Counsel for Defendant*;

163. Ingram, Randy, *Defendant*;

164. Isaacson, Cory, *Counsel for Plaintiffs-Appellees*;

165. Jacoutot, Bryan, *Counsel for State Defendants-Appellants*;

166. Jaffe, Erik S., *Counsel for State Defendants-Appellants*;

167. Jahangiri, Mahroh, *Former Counsel for Plaintiffs-Appellees*;

168. Jaikumar, Arjun, *Former Counsel for Plaintiffs-Appellees;*

169. JAMES BATES BRANNAN GROOVER LLP, *Counsel for Defendant*;

170. JARRARD & DAVIS, LLP, *Counsel for Defendant*;

171. Jasrasaria, Jyoti, *Former Counsel for Plaintiffs-Appellees*;

172. Jaugstetter, Patrick, *Counsel for Defendant*;

173. Jedreski, Matthew, *Counsel for Plaintiffs-Appellees*;

174. Jester, Alfred, *Defendant*;

175. Jester, Nancy, *Defendant*;

176. Jhaveri, Sejal, *Counsel for Plaintiffs-Appellees*;

177. Johnson, Aaron, *Defendant*;

178. Johnson, Ben, *Defendant*;

179. Johnson, Darlene, *Defendant*;

180. Johnson, Melinda, *Counsel for Plaintiffs-Appellees*;

181. Johnston, Janice W., *State Defendant*;

182. Joiner, Amelia, *Counsel for Defendant*;

183. Kanu, Nkechi, *Counsel for Plaintiffs-Appellees*;

184. Kaplan, Mike, *Defendant*;

185. KASTORF LAW, LLC, *Counsel for Plaintiffs-Appellees*;

186. Kastorf, Kurt, *Counsel for Plaintiffs-Appellees*;

187. Kaufman, Alex, *Counsel for Intervenor-Defendants*;

188. KEKER VAN NEST & PETERS LLP, *Counsel for Plaintiffs-Appellees*;

189. Kemp, Brian, Governor of the State of Georgia, *State Defendant-Appellant;*

190. Kennedy, David, *Defendant*;

191. Kennedy, Kate, *Counsel for Plaintiffs-Appellees*;

192. Keogh, William, *Counsel for Defendant*;

193. Khan, Sabrina, *Counsel for Plaintiffs-Appellees*;

194. Kim, Danielle, *Counsel for Plaintiffs-Appellees*;

195. Kingsolver, Justin, *Counsel for Plaintiffs-Appellees*;

196. Klein, Spencer, *Counsel for Plaintiffs-Appellees*;

197. Knapp, Halsey, *Counsel for Plaintiffs-Appellees*;

198. Koorji, Alaizah, *Counsel for Plaintiffs-Appellees*;

199. KREVOLIN & HORST, LLC, *Counsel for Plaintiffs-Appellees*;

200. Kucharz, Kevin, *Counsel for Defendant*;

201. Lakin, Sophia, *Counsel for Plaintiffs-Appellees*;

202. Lam, Leo, *Counsel for Plaintiffs-Appellees*;

203. Lang, Antan, *Defendant*;

204. LaRoss, Diane, *Counsel for State Defendants-Appellants*;

205. Latino Community Fund of Georgia, *Plaintiff-Appellee*;

206. Lauridsen, Adam, *Counsel for Plaintiffs-Appellees*;

207. Law Office of Gerald R. Weber, LLC, *Counsel for Plaintiffs- Appellees*;

208. Lawyers' Committee for Civil Rights Under Law, *Counsel for Plaintiffs-Appellees*;

209. League of Women Voters of Georgia, Inc., *Plaintiff-Appellee*;

210. Leung, Kimberly, *Counsel for Plaintiffs-Appellees*;

211. Lewis, Anthony, *Defendant*;

212. Lewis, Joyce, *Counsel for Plaintiffs-Appellees*;

213. Lin, Stephanie, *Counsel for Plaintiffs-Appellees*;

214. Lindsey, Edward, *State Defendant*;

215. Lower Muskogee Creek Tribe, *Plaintiff-Appellee*;

216. Lowman, David, *Counsel for Defendant*;

217. Ludwig, Jordan, *Counsel for Plaintiffs-Appellees*;

218. Luth, Barbara, *Defendant*;

219. Ma, Eileen, *Counsel for Plaintiffs-Appellees*;

220. Mack, Rachel, *Counsel for Defendant*;

221. Macon-Bibb County Board of Elections, *Defendant*;

222. Mahoney, Thomas, *Defendant*;

223. Manifold, Zach, *Defendant*;

224. Martin, Grace Simms, *Counsel for Defendants*;

225. Mashburn, Matthew, *State Defendant-Appellant*;

226. May, Caitlin, *Counsel for Plaintiffs-Appellees*;

227. Maynard, Darius*, Former Defendant*;

228. McAdams, Issac, *Defendant*;

229. McCandless, Spencer, *Former Counsel for Plaintiffs-Appellees*;

230. McCarthy, Thomas, *Counsel for Intervenor-Defendants*;

231. McClain, Roy, *Defendant*;

232. McCord, Catherine, *Counsel for Plaintiffs-Appellees*;

233. McFalls, Tim, *Defendant*;

234. McFarland, Ernest, *Counsel for Plaintiffs-Appellees*;

235. McGowan, Charlene, *Former Counsel for State Defendants-Appellants*;

236. Mcrae, Colin, *Defendant*;

237. Melcher, Molly, *Counsel for Plaintiffs-Appellees*;

238. Metropolitan Atlanta Baptist Ministers Union, Inc., *Plaintiff-Appellee*;

239. Miller, Nicholas, *Counsel for State Defendants-Appellants*;

240. Milord, Sandy, *Counsel for Defendant*;

241. Minnis, Terry, *Counsel for Plaintiffs-Appellees*;

242. Mizner, Susan, *Counsel for Plaintiffs-Appellees*;

243. Mocine-McQueen, Marcos, *Counsel for Plaintiffs-Appellees*;

244. Momo, Shelley, *Counsel for Defendant*;

245. Morrison, Tina, *Counsel for Plaintiffs-Appellees*;

246. Mosbacher, Jennifer, *Defendant*;

247. Motter, Susan, *Defendant*;

248. Murchie, Laura, *Counsel for Plaintiffs-Appellees*;

249. Murray, Karen, *Defendant*;

250. NAACP Legal Defense and Education Fund, Inc., *Counsel for Plaintiffs-Appellees*;

251. National Republican Congressional Committee, *Intervenor-Defendant*;

252. National Republican Senatorial Committee, *Intervenor-Defendant;*

253. Natt, Joel, *Defendant*;

254. Nemeth, Miriam, *Former Counsel for Plaintiffs-Appellees*;

255. Nercessian, Armen, *Counsel for Plaintiffs-Appellees*;

256. Newland, James, *Defendant*;

257. Nguyen, Candice, *Counsel for Plaintiffs-Appellees*;

258. Nguyen, Phi, *Former Counsel for Plaintiffs-Appellees*;

259. Nkwonta, Uzoma, *Counsel for Plaintiffs-Appellees*;

260. Noa, Jack, *Defendant*;

261. NOLAND LAW FIRM, LLC, *Counsel for Defendants;*

262. Noland, William H., *Counsel for Defendant*s;

263. Norris, Cameron, *Counsel for Intervenor-Defendants*;

264. Norse, William, *Defendant*;

265. Nwachukwu, Jennifer, *Counsel for Plaintiffs-Appellees*;

266. O'Brien, James, *Defendant*;

267. O'Connor, Eileen, *Counsel for Plaintiffs-Appellees*;

268. O'Lenick, Alice, *Defendant*;

269. Olm, Rylee, *Counsel for Plaintiffs-Appellees*;

270. Oxford, Neil, *Counsel for Plaintiffs-Appellees*;

271. Paik, Steven, *Plaintiff-Appellee*;

272. Pant, Shontee, *Counsel for Plaintiffs-Appellees*;

273. Paradise, Loree, *Former Counsel for State Defendants-Appellants*;

274. Parker, Warrington, *Counsel for Plaintiffs-Appellees*;

275. Pelletier, Susan, *Former Counsel for Plaintiffs-Appellees*;

276. Porter, Megan, *Former Counsel for Plaintiffs-Appellees*;

277. Powell, Laura E., *Counsel for Plaintiffs-Appellees*;

278. Prince, Joshua, *Former Counsel for State Defendants-Appellants*;

279. Pulgram, Laurence, *Counsel for Plaintiffs-Appellees*;

280. Pullar, Patricia, *Defendant*;

281. Qadir, Hunaid, *Defendant*;

282. Radzikinas, Carla, *Defendant*;

283. Raffensperger, Brad, Secretary of State of Georgia, *State Defendant-Appellant*;

284. Raffle, Rocky, *Defendant*;

285. Ramahi, Zainab, *Counsel for Plaintiffs-Appellees*;

286. Rich, James, *Counsel for Plaintiffs-Appellees*;

287. Richardson, Jasmyn, *Counsel for Plaintiffs-Appellees*;

288. Richmond County Board of Elections, *Defendant*;

289. Ringer, Cheryl, *Former Counsel for Defendant*;

290. Rise, Inc., *Plaintiff-Appellee*;

291. Rodriguez, Anthony, *Defendant*;

292. Rosborough, Davin, *Counsel for Plaintiffs-Appellees*;

293. Rosenberg, Ezra, *Counsel for Plaintiffs-Appellees*;

294. Rosenberg, Steven, *Former Counsel for Defendant*;

295. Rusciano, Megan, *Counsel for Plaintiffs-Appellees;*

296. Russ, John, *Counsel for Plaintiffs-Appellees*;

297. Ruth, Kathleen, *Defendant*;

298. Ryan, Elizabeth, *Counsel for Plaintiffs-Appellees*;

299. Sabzevari, Arash, *Counsel for Defendant*;

300. Sachdeva, Niharika, *Counsel for Plaintiffs-Appellees*;

301. Schaerr, Gene C., *Counsel for State Defendants-Appellants*;

302. SCHAERR | JAFFE, LLP, *Counsel for State Defendants-Appellants*;

303. Scott, William, *Former Counsel for Defendant*;

304. Seals, Veronica, *Defendant*;

305. Segarra, Esperanza, *Former Counsel for Plaintiffs-Appellees*;

306. Sells, Bryan, *Counsel for Plaintiffs-Appellees*;

307. Shah, Niyati, *Counsel for Plaintiffs-Appellees*;

308. Sheats, Gala, *Defendant*;

309. Shelly, Jacob, *Counsel for Plaintiffs-Appellees*;

310. Shirley, Adam, *Defendant*;

311. Sieff, Adam, *Counsel for Plaintiffs-Appellees*;

312. Silas, Tori, *Defendant*;

313. Sixth District of the African Methodist Episcopal Church, *Plaintiff-Appellee*;

314. Smith, Casey, *Counsel for Plaintiffs-Appellees*;

315. Smith, Dele, *Defendant*;

316. Smith, Mandi, *Defendant*;

317. Solh, Chavira, *Counsel for Plaintiffs-Appellees*;

318. Solomon, Elbert, *Plaintiff-Appellee*;

319. Sosebee, Charlotte, *Defendant*;

320. Southern Poverty Law Center, *Counsel for Plaintiffs-Appellees*;

321. Sowell, Gregory, *Counsel for Defendant*;

322. Spangler, Herbert, *Former Defendant*;

323. Sparks, Adam, *Counsel for Plaintiffs-Appellees*;

324. Squiers, Cristina, *Counsel for State Defendants-Appellants*;

325. State of Georgia, *State Defendant-Appellant;*

326. STEWART MELVIN & FROST, LLP, *Counsel for Defendant*;

327. Strawbridge, Patrick, *Counsel for Intervenor-Defendants*;

328. Sumner, Stuart, *Counsel for Intervenor-Defendants*;

329. Sung, Connie, *Counsel for Plaintiffs-Appellees*;

330. Swift, Karli, *Defendant*;

331. Szilagyi, Heather, *Counsel for Plaintiffs-Appellees*;

332. Tatum, Tobias, *Counsel for State Defendants-Appellants*;

333. TAYLOR ENGLISH DUMA LLP, *Counsel for State Defendants-Appellants*;

334. Taylor, Wandy, *Defendant*;

335. Thatte, Anuja, *Counsel for Plaintiffs-Appellees*;

336. The ACLU Foundation Disability Rights Program, *Counsel for Plaintiffs-Appellees*;

337. The Arc of the United States, *Plaintiff-Appellee*;

338. The Concerned Black Clergy of Metropolitan Atlanta, Inc., *Plaintiff-Appellee*;

339. The Justice Initiative, Inc., *Plaintiff-Appellee*;

340. THE LAW OFFICE OF BRYAN L. SELLS, LLC, *Counsel for Plaintiffs Appellees*;

341. The New Georgia Project, *Plaintiff-Appellee*;

342. The Republican National Committee, *Intervenor-Defendant*;

343. The Urban League of Greater Atlanta, Inc., *Plaintiff-Appellee*;

344. Thomas, Ethan, *Counsel for Plaintiffs-Appellees*;

345. Thompson, Grace, *Counsel for Plaintiffs-Appellees*;

346. Till, Ann, *Defendant*;

347. Topaz, Jonathan, *Counsel for Plaintiffs-Appellees*;

348. Trent, Edward, *Counsel for State Defendants-Appellants*;

349. Tucker, William, *Counsel for Plaintiffs-Appellees*;

350. Tyson, Bryan, *Counsel for State Defendants-Appellants*;

351. Uddullah, Angelina, *Plaintiff-Appellee*;

352. Unger, Jess, *Counsel for Plaintiffs-Appellees*;

353. United States Department of Justice, *Counsel for Plaintiffs-Appellees*;

354. United States of America, *Plaintiff-Appellee*;

355.  Van Stephens, Michael, *Counsel for Defendant*;

356.  Vander Els, Irene, *Former Counsel for Defendant*;

357.  Varghese, George, *Counsel for Plaintiffs-Appellees*;

358.  Varner, Johnny, *Defendant*;

359.  Vasquez, Jorge, *Former Counsel for Plaintiffs-Appellees*;

360.  Vaughan, Elizabeth, *Former Counsel for State Defendants-Appellants*;

361.  Waite, Tristen, *Counsel for Defendant*;

362.  Wakschlag, Shira, *Counsel for Plaintiffs-Appellees;*

363.  Wang, Emily, *Counsel for Plaintiffs-Appellees*;

364.  Ward-Packard, Samuel, *Counsel for Plaintiffs-Appellees*;

365.  Wardenski, Joseph, *Former Counsel for Plaintiffs-Appellees*;

366.  Webb, Brian K., *Counsel for State Defendants-Appellants*;

367.  Weber, Gerald, *Counsel for Plaintiffs-Appellees*;

368.  Weigel, Daniel, *Counsel for State Defendants-Appellants*;

369.  Wesley, Carol, *Defendant*;

370.  White, Daniel, *Counsel for Defendant*;

371.  White, William, *Counsel for Intervenor-Defendants*;

372.  Wiggins, Larry, *Defendant*;

373.  Wilberforce, Nana, *Counsel for Plaintiffs-Appellees*;

374.  Wilborn, Eric, *Counsel for Defendant*;

375. Willard, Russell D., *Counsel for State Defendants-Appellants*;

376. Williams, Gilda, *Former Counsel for Plaintiffs-Appellees*;

377. Williams, Tuwanda, *Former Counsel for Defendant*;

378. WILMER CUTLER PICKERING HALE AND DORR LLP, *Counsel for Plaintiffs- Appellees*;

379. Wilson, Jacob C., *Counsel for Defendants*;

380. Wilson, Melanie, *Counsel for Defendant*;

381. Wingate, Mark, *Defendant*;

382. Winichakul, Pichaya, *Counsel for Plaintiffs-Appellees*;

383. Women Watch Afrika, *Plaintiff-Appellee*;

384. Woodfin, Conor, *Counsel for Intervenor-Defendants*;

385. Woolard, Cathy, *Defendant*;

386. Wurtz, Lori, *Defendant*;

387. Yoon, Meredyth, *Counsel for Plaintiffs-Appellees*;

388. Young, Sean, *Former Counsel for Plaintiffs-Appellees*; and

389. Zatz, Clifford, *Counsel for Plaintiffs-Appellees*.

*In Re: Georgia Senate Bill 202*
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, Plaintiffs-Appellees state that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Dated: October 24, 2023        Respectfully submitted,

/s/ *Sophia Lin Lakin*

| | |
|---|---|
| Bradley E. Heard | Sophia Lin Lakin |
| *bradley.heard@splcenter.org* | *slakin@aclu.org* |
| Pichaya Poy Winichakul | Davin M. Rosborough |
| *poy.winichakul@splcenter.org* | *drosborough@aclu.org* |
| Matletha N. Bennette | Jonathan Topaz |
| *matletha.bennette@splcenter.org* | *jtopaz@aclu.org* |
| SOUTHERN POVERTY LAW CENTER | Dayton Campbell-Harris |
| 150 E. Ponce de Leon Ave., Suite 340 | *dcampbell-harris@aclu.org* |
| Decatur, Georgia 30030 | Casey Smith |
| Telephone: (404) 521-6700 | *csmith@aclu.org* |
| Facsimile: (404) 221-5857 | ACLU FOUNDATION, INC. |
| | 125 Broad St., 18th Floor |
| Jess Unger | New York, New York 10004 |
| *jess.unger@splcenter.org* | Telephone: (212) 519-7836 |
| Sabrina S. Khan | Facsimile: (212) 549-2539 |
| *sabrina.khan@splcenter.org* | |
| SOUTHERN POVERTY | |
| LAW CENTER | Susan P. Mizner |
| 1101 17th St. NW, Suite 705 | *smizner@aclu.org* |
| Washington, D.C. 20036 | ACLU FOUNDATION, INC. |
| Telephone: (202) 728-9557 | 39 Drumm Street |
| | San Francisco, CA 94111 |
| | Telephone: (415) 343-0781 |
| Adam S. Sieff | |
| *adamsieff@dwt.com* | Brian Dimmick |
| Daniel Leigh | *bdimmick@aclu.org* |
| *danielleigh@dwt.com* | ACLU FOUNDATION, INC. |
| Brittni A. Hamilton | 915 15th Street NW |
| *brittnihamilton@dwt.com* | Washington, D.C. 20005 |

DAVIS WRIGHT TREMAINE LLP
865 South Figueroa St., 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Matthew R. Jedreski
*mjedreski@dwt.com*
Grace Thompson
*gracethompson@dwt.com*
Danielle E. Kim
*daniellekim@dwt.com*
Kate Kennedy
*katekennedy@dwt.com*
Shontee Pant
*shonteepant@dwt.com*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

David M. Gossett
*davidgossett@dwt.com*
Courtney T. DeThomas
*courtneydethomas@dwt.com*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005-7048
Telephone: (202) 973-4288
Facsimile: (202) 973-4499

*Attorneys for Plaintiffs
Georgia Muslim Voter Project, Women
Watch Afrika, Latino Community Fund
Georgia, and The Arc of the United States*

Bryan L. Sells
*bryan@bryansellslaw.com*

Telephone: (202) 731-2395

Rahul Garabadu
*rgarabadu@acluga.org*
Caitlin May
*cmay@acluga.org*
Cory Isaacson
*cisaacson@acluga.org*
ACLU FOUNDATION OF
  GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

Leah C. Aden
*laden@naacpldf.org*
John S. Cusick
*jcusick@naacpldf.org*
Alaizah Koorji
*akoorji@naacpldf.org*
NAACP LEGAL DEFENSE AND
  EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

Anuja Thatte
*athatte@naacpldf.org*
NAACP LEGAL DEFENSE AND
  EDUCATION FUND, INC.
700 14th St., NW
Washington, D.C. 20005
Telephone: (202) 682-1300

Debo P. Adegbile
*debo.adegbile@wilmerhale.com*
Alexandra Hiatt

THE LAW OFFICE OF
  BRYAN SELLS, LLC
PO Box 5493
Atlanta, Georgia 31107
Tel: (404) 480-4212

Jon Greenbaum
*jgreenbaum@lawyerscommittee.org*
Ezra D. Rosenberg
*erosenberg@lawyerscommittee.org*
Julie M. Houk
*jhouk@lawyerscommittee.org*
Jennifer Nwachukwu
*jnwachukwu@lawyerscommittee.org*
Heather Szilagyi
*hszilagyi@lawyerscommittee.org*
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Vilia Hayes
Neil Oxford
Gregory Farrell
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Laurence F. Pulgram
*lpulgram@fenwick.com*
Molly Melcher
*mmelcher@fenwick.com*
Armen Nercessian
*Anercessian@fenwick.com*
Ethan Thomas

*alexandra.hiatt@wilmerhale.com*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

George P. Varghese
*george.varghese@wilmerhale.com*
Stephanie Lin
*stephanie.lin@wilmerhale.com*
Lucas Fortier
*lucas.fotier@wilmerhale.com*
Sofia Brooks
*sophie.brooks@wilmerhale.com*
Mikayla Foster
*mikayla.foster@wilmerhale.com*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Tania Faransso
*tania.faransso@wilmerhale.com*
Laura E. Powell
*laura.powell@wilmerhale.com*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Nana Wilberforce
*nana.wilberforce@wilmerhale.com*
WILMER CUTLER PICKERING

*EThomas@fenwick.com*
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 875-2300

Joseph S. Belichick
*jbelichick@fenwick.com*
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
Telephone: (650) 988-8500

Catherine McCord
*cmccord@fenwick.com*
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
Telephone: (212) 430-2690

*Attorneys for Plaintiffs Georgia State
Conference of the NAACP, Georgia
Coalition for the People's Agenda, Inc.,
League of Women Voters of Georgia, Inc.,
GALEO Latino Community Development
Fund, Inc., Common Cause, and Lower
Muskogee Creek Tribe*

HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Plaintiffs
Sixth District of the African Methodist
Episcopal Church, Delta Sigma Theta
Sorority, Georgia ADAPT, and Georgia
Advocacy Office*