No. 23-13095

# In the United States Court of Appeals for the Eleventh Circuit

---

IN RE: GEORGIA SENATE BILL 202

---

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

Master Case No. 1:21-mi-55555-JPB

## PLAINTIFFS-APPELLEES' MOTION FOR CLARIFICATION

FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
(415) 875-2300

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Ste 900
Washington, D.C. 20005
(202) 662-8600

THE LAW OFFICE OF BRYAN SELLS, LLC
PO Box 5493
Atlanta, GA 31107
(404) 480-4212

LAW OFFICES OF GERRY WEBER, LLC
PO Box 5391
Atlanta, GA 31107
(404) 522-0507

*Attorneys for Plaintiff-Appellees Georgia State
Conference of the NAACP, Georgia Coalition for the
People's Agenda, Inc., League of Women Voters of
Georgia, Inc., GALEO Latino Community Development
Fund, Inc., Common Cause, and the Lower Muskogee
Creek Tribe*

ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836

ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
(678) 981-5295

NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor    700 14th Street NW, Ste 600
New York, NY 10006    Washington, DC 20005
(212) 965-2200    (202) 682-1300

*Attorneys for Plaintiff-Appellees Sixth District of the African
Methodist Episcopal Church, Delta Sigma Theta Sorority,
Georgia ADAPT, Georgia Advocacy Office*

SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Ste 340
Decatur, GA 30031
(404) 521-6700

*Attorneys for Plaintiff-Appellees Georgia Muslim Voter
Project, Women Watch Afrika, Latino Community Fund of
Georgia, and The Arc of the United States*

*Additional Counsel Information on Front Pages*

*Attorneys for Plaintiff-Appellees Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office:*

Davin M. Rosborough
Sophia Lin Lakin
Jonathan Topaz
Dayton Campbell-Harris
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836

Cory Isaacson
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
(678) 981-5295

Leah C. Aden
Alaizah Koorji
John S. Cusick
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Anuja Thatte
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
700 14th Street, NW
Washington, DC 20005
(202) 682-1300

*Attorneys for Plaintiff-Appellees Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund of Georgia, and The Arc of the United States:*

Bradley E. Heard
Pichaya Poy Winichakul
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30031

(404) 521-6700

*Attorneys for Plaintiff-Appellees Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek Tribe:*

Jon Greenbaum
Ezra D. Rosenberg
Julie M. Houk
Jennifer Nwachukwu
Heather Szilagyi
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
(202) 662-8600

Bryan L. Sells
THE LAW OFFICE OF BRYAN SELLS, LLC
PO Box 5493
Atlanta, GA 31107
(404) 480-4212

Gerald Weber
LAW OFFICES OF GERRY WEBER, LLC
PO Box 5391
Atlanta, GA 31107
(404) 522-0507

Laurence F. Pulgram
Armen Nercessian
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
(415) 875-2300

In re: Georgia Senate Bill 202
No. 23-13095

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3, Plaintiff-Appellees Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund of Georgia, The Arc of the United States, Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe, certify that the following persons and entities have an interest in the outcome of this appeal:

1. Abbott, Robert, *Defendant*

2. Abudu, Nancy, *Attorney for Plaintiffs-Appellees*

3. ACLU Foundation of Georgia, *Attorneys for Plaintiffs-Appellees*

4. ACLU Foundation of Georgia, Inc., *Attorneys for Plaintiffs-Appellees*

5. Adegbile, Debo, *Attorney for Plaintiffs-Appellees*

6. Aden, Leah, *Attorney for Plaintiffs-Appellees*

7. Advancement Project, *Attorneys for Plaintiffs-Appellees*

8. Ameri, Mana, *Attorney for Plaintiffs-Appellees*

9. American Civil Liberties Union Foundation of Georgia, *Attorneys for Plaintiffs-Appellees*

10.    American Civil Liberties Union Foundation, Inc., *Attorneys for Plaintiffs- Appellees*

11.    Andrews, Wanda, *Defendant*

12.    Aquino, Nora, *Plaintiff-Appellee*

13.    Asian Americans Advancing Justice-Asian Law Caucus, *Attorneys for Plaintiffs-Appellees*

14.    Asian Americans Advancing Justice-Atlanta, *Plaintiff-Appellee*

15.    Augusta Georgia Law Department, *Attorneys for Defendant*

16.    Ausburn, Deborah, *Attorney for Defendants-Appellants*

17.    Awuku, George, *Defendant*

18.    Banks, Marques, *Attorney for Plaintiffs-Appellees*

19.    Banter, James, *Attorney for Defendant*

20.    Barnes, Sherry, *Defendant*

21.    Barron, Richard, *Defendant*

22.    Bartolomucci, Christopher, *Attorney for Defendants-Appellants*

23.    Beausoleil, William, *Attorney for Plaintiffs-Appellees*

24.    Beck Owen & Murray, *Attorneys for Defendant*

25.    Begakis, Steven, *Attorney for Intervenor-Appellants*

26.    Belichick, Joseph, *Attorney for Plaintiffs-Appellees*

27.    Bell, Jordan, *Attorney for Defendant*

28.    Bennette, Matletha, *Attorney for Plaintiffs-Appellees*

29.    Bibb County Board of Elections, *Defendant*

30.    Bibb County Board of Registrars, *Defendant*

31.    Black Voters Matter Fund, *Plaintiff-Appellee*

32.    Blender, Matthew, *Defendant*

33.    Bloodworth, Kristin, *Attorney for Defendant*

34.    Boone, Annika, *Attorney for Defendants-Appellants*

35.    Boulee, Jean-Paul ("J.P."), *District Court Judge*

36.    Bowman, Brad, *Attorney for Defendant*

37.    Boyle, Donald, *Attorney for Defendants-Appellants*

38.    Broder, Karl, *Attorney for Defendant*

39.    Brooks, Jessica, *Defendant*

40.    Brooks, Sofia, *Attorney for Plaintiffs-Appellees*

41.    Brown, Marcia, *Defendant*

42.    Bruning, Stephen, *Defendant*

43.    Bruning, Steven, *Defendant*

44.    Bryan, Bennett, *Attorney for Defendant*

45.    Burwell, Kaye, *Attorney for Defendant*

46.    Campbell-Harris, Dayton, *Attorney for Plaintiffs-Appellees*

47.    Carver, William, *Attorney for Intervenor-Appellants*

48. Cathey, Thomas, *Attorney for Defendant*

49. Chalmers, Adams, Backer & Kaufman, LLC, *Attorneys for Defendant*

50. Chatham County Attorney, *Attorneys for Defendant*

51. Chatham County Board of Elections, *Defendant*

52. Chatham County Board of Registrars, *Defendant*

53. Clarke County Board of Election and Voter Registration, *Defendant*

54. Clayton County Board of Elections and Registration, *Defendant*

55. Cobb County Board of Elections and Registration, *Defendant*

56. Cochran, Ken, *Defendant*

57. Columbia County Board of Elections, *Defendant*

58. Columbia County Board of Registrars, *Defendant*

59. Common Cause, *Plaintiff-Appellee*

60. Consovoy McCarthy PLLC, *Attorney for Intervenor-Appellants*

61. Cramer, Raisa, *Attorney for Plaintiffs-Appellees*

62. Crawford, Teresa, *Defendant*

63. Crawford, Teresa, *Defendant*

64. Crowell & Moring, LLP, *Attorneys for Plaintiffs-Appellees*

65. Cushman, Ann, *Defendant*

66. Cusick, John, *Attorney for Plaintiffs-Appellees*

67. Dasgupta, Riddhi, *Attorney for Defendants-Appellants*

68. Dave, Charles, *Defendant*

69. Davenport, Jennifer, *Attorney for Defendant*

70. Davis Wright Tremaine LLP, *Attorneys for Plaintiffs-Appellees*

71. Davis, Britton, *Attorney for Plaintiffs-Appellees*

72. Day, Stephen, *Defendant*

73. DeKalb County Board of Registrations and Elections, *Defendant*

74. DeKalb County Law Department, *Attorneys for Defendant*

75. Delta Sigma Theta Sorority, Inc., *Plaintiff-Appellee*

76. Denmark, Emilie, *Attorney for Defendant*

77. Dentons US LLP, *Attorney for Intervenor-Appellants*

78. Deshazior, Zurich, *Defendant*

79. DeThomas, Courtney, *Attorney for Plaintiffs-Appellees*

80. Dianis, Judith, *Attorney for Plaintiffs-Appellees*

81. Dickey, Gilbert, *Attorney for Intervenor-Appellants*

82. Dicks, Terence, *Defendant*

83. Dimmick, Brian, *Attorney for Plaintiffs-Appellees*

84. DiStefano, Don, *Defendant*

85. Doss, Travis, *Defendant*

86. Dozier, Shauna, *Defendant*

87. Drennon, Baxter, *Attorney for Intervenor-Appellants*

88.  Duffie, Wanda, *Defendant*

89.  Durbin, Jauan, *Plaintiff-Appellee*

90.  Durso, Katherine, *Defendant*

91.  Edwards, Gregory, *Defendant*

92.  Elias Law Group LLP, *Attorneys for Plaintiffs-Appellees*

93.  Ellington, Thomas, *Defendant*

94.  Enjeti-Sydow, Anjali, *Plaintiff-Appellee*

95.  Evans, James, *Attorney for Defendant*

96.  Evans, Rachel, *Attorney for Plaintiffs-Appellees*

97.  Evans-Daniel, Karen, *Defendant*

98.  Eveler, Janine, *Defendant*

99.  Exousia Lighthouse International C.M., Inc, *Plaintiff*

100.  Faith In Action Network, *Plaintiff*

101.  Falk, Donald, *Attorney for Defendants-Appellants*

102.  Fambrough, Willa, *Defendant*

103.  Faransso, Tania, *Attorney for Plaintiffs-Appellees*

104.  Farrell, Gregory, *Attorney for Plaintiffs-Appellees*

105.  Feldsherov, Ilya, *Attorney for Plaintiffs-Appellees*

106.  Fenwick & West, LLP, *Attorneys for Plaintiffs-Appellees*

107.  Field, Brian, *Attorney for Defendants-Appellants*

108. First Congregational Church, United Church of Christ Incorporated, *Plaintiff-Appellee*

109. Fogelson, Matthew, *Attorney for Plaintiffs-Appellees*

110. Forsyth County Board of Voter Registrations and Elections, *Defendant*

111. Fortier, Lucas, *Attorney for Plaintiffs-Appellees*

112. Foster, Mikayla, *Attorney for Plaintiffs-Appellees*

113. Freeman Mathis & Gary, LLP, *Attorneys for Defendant*

114. Fulton County Attorney's Office, *Attorneys for Defendant*

115. Fulton County Registration and Elections Board, *Defendant*

116. Galeo Latino Community Development Fund, Inc., *Plaintiff-Appellee*

117. Gammage, Keith, *Defendant*

118. Garabadu, Rahul, *Attorney for Plaintiffs-Appellees*

119. Gartland, Pat, *Defendant*

120. Gartland, Pat, *Defendant*

121. Gay, Nancy, *Defendant*

122. Geiger, Debra, *Defendant*

123. Georgia Adapt, *Plaintiff-Appellee*

124. Georgia Advocacy Office, *Plaintiff-Appellee*

125. Georgia Coalition for the People's Agenda, Inc., *Plaintiff-Appellee*

126. Georgia Department of Law, *Attorneys for Defendants-Appellants*

127. Georgia Latino Alliance for Human Rights, Inc., *Plaintiff-Appellee*

128. Georgia Muslim Voter Project, *Plaintiff-Appellee*

129. Georgia Republican Party, Inc., *Intervenor-Appellant*

130. Georgia State Conference of the NAACP, *Plaintiff-Appellee*

131. Georgia State Election Board, *Defendant*

132. Ghazal, Sara, *Defendant*

133. Gibbs, Fannie, *Plaintiff-Appellee*

134. Gillon, Thomas, *Defendant*

135. Givens, Diane, *Defendant*

136. Gossett, David, *Attorney for Plaintiffs-Appellees*

137. Greater Works Ministries Network, Inc., *Plaintiff*

138. Green, Tyler, *Attorney for Intervenor-Appellants*

139. Greenbaum, Jon, *Attorney for Plaintiffs-Appellees*

140. Greenberg Traurig, LLP, *Attorneys for Defendant*

141. Groves, Angela, *Attorney for Plaintiffs-Appellees*

142. Gwinnett County Board of Registrations and Elections, *Defendant*

143. Gwinnett County Department of Law, *Attorneys for Defendant*

144. Hall Booth Smith, P.C., *Attorney for Intervenor-Appellants*

145. Hall County Board of Elections and Registration, *Defendant*

146. Hall County Government, *Attorneys for Defendant*

147. Hall, Dorothy, *Defendant*

148. Hall, John, *Attorney for Intervenor-Appellants*

149. Hamilton, Brittni, *Attorney for Plaintiffs-Appellees*

150. Hancock, Jack, *Attorney for Defendant*

151. Hart, Ralph, *Attorney for Defendant*

152. Hart, Twyla, *Defendant*

153. Hasselberg, Emily, *Attorney for Plaintiffs-Appellees*

154. Hayes, Vilia, *Attorney for Plaintiffs-Appellees*

155. Haynie, Litchfield & White, PC, *Attorneys for Defendant*

156. Hazard, Joel, *Defendant*

157. Heard, Bradley, *Attorney for Plaintiffs-Appellees*

158. Heimes, Marianne, *Defendant*

159. Henseler, James, *Attorney for Plaintiffs-Appellees*

160. Herren, Thomas, *Attorney for Plaintiffs-Appellees*

161. Hiatt, Alexandra, *Attorney for Plaintiffs-Appellees*

162. Ho, Dale, *Attorney for Plaintiffs-Appellees*

163. Hodge, Malinda, *Defendant*

164. Houk, Julie, *Attorney for Plaintiffs-Appellees*

165. Hoyos, Luis, *Attorney for Plaintiffs-Appellees*

166. Hughes Hubbard & Reed, *Attorneys for Plaintiffs-Appellees*

167. Hughes, Aileen, *Attorney for Plaintiffs-Appellees*

168. Hull Barrett, PC, *Attorneys for Defendant*

169. Ingram, Randy, *Defendant*

170. Jacoutot, Bryan, *Attorney for Defendants-Appellants*

171. Jaffe, Erik, *Attorney for Defendants-Appellants*

172. Jahangiri, Mahroh, *Attorney for Plaintiffs-Appellees*

173. Jaikumar, Arjun, *Attorney for Plaintiffs-Appellees*

174. James-Bates-Brannan-Groover-LLP, *Attorneys for Defendant*

175. Jarrard & Davis, LLP, *Attorneys for Defendant*

176. Jasrasaria, Jyoti, *Attorney for Plaintiffs-Appellees*

177. Jaugstetter, Patrick, *Attorney for Defendant*

178. Jedreski, Matthew, *Attorney for Plaintiffs-Appellees*

179. Jester, Alfred, *Defendant*

180. Jester, Nancy, *Defendant*

181. Jhaveri, Sejal, *Attorney for Plaintiffs-Appellees*

182. Johnson, Aaron, *Defendant*

183. Johnson, Ben, *Defendant*

184. Johnson, Darlene, *Defendant*

185. Johnson, Melinda, *Attorney for Plaintiffs-Appellees*

186. Johnston, Janice, *Defendant*

187. Joiner, Amelia, *Attorney for Defendant*

188. Kanu, Nkechi, *Attorney for Plaintiffs-Appellees*

189. Kaplan, Mike, *Defendant*

190. Kastorf Law, LLC, *Attorneys for Plaintiffs-Appellees*

191. Kastorf, Kurt, *Attorney for Plaintiffs-Appellees*

192. Kaufman, Alex, *Attorney for Intervenor-Appellants*

193. Keker Van Nest & Peters LLP, *Attorneys for Plaintiffs-Appellees*

194. Keker Van Nest & Peters LLP, *Attorneys for Plaintiffs-Appellees*

195. Kemp, Brian, *Defendant-Appellant*

196. Kennedy, David, *Defendant*

197. Kennedy, Kate, *Attorney for Plaintiffs-Appellees*

198. Keogh, William, *Attorney for Defendant*

199. Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

200. Khan, Sabrina, *Attorney for Plaintiffs-Appellees*

201. Kim, Danielle, *Attorney for Plaintiffs-Appellees*

202. Kingsolver, Justin, *Attorney for Plaintiffs-Appellees*

203. Klein, Spencer, *Attorney for Plaintiffs-Appellees*

204. Knapp, Halsey, *Attorney for Plaintiffs-Appellees*

205. Koorji, Alaizah, *Attorney for Plaintiffs-Appellees*

206. Krevolin & Horst, LLC, *Attorneys for Plaintiffs-Appellees*

207. Kucharz, Kevin, *Attorney for Defendant*

208. Lakin, Sophia, *Attorney for Plaintiffs-Appellees*

209. Lam, Leo, *Attorney for Plaintiffs-Appellees*

210. Lang, Antan, *Defendant*

211. LaRoss, Diane, *Attorney for Defendants-Appellants*

212. Latino Community Fund of Georgia, *Plaintiff-Appellee*

213. Lauridsen, Adam, *Attorney for Plaintiffs-Appellees*

214. Law Office of Gerald R Weber, LLC, *Attorneys for Plaintiffs-Appellees*

215. Lawyers' Committee for Civil Rights Under Law, *Attorneys for Plaintiffs- Appellees*

216. League of Women Voters of Georgia, Inc., *Plaintiff-Appellee*

217. Leung, Kimberly, *Attorney for Plaintiffs-Appellees*

218. Lewis, Anthony, *Defendant*

219. Lewis, Joyce, *Attorney for Plaintiffs-Appellees*

220. Lin, Stephanie, *Attorney for Plaintiffs-Appellees*

221. Lindsey, Edward, *Defendant*

222. Lower Muskogee Creek Tribe, *Plaintiff-Appellee*

223. Lowman, David, *Attorney for Defendant*

224. Ludwig, Jordan, *Attorney for Plaintiffs-Appellees*

225. Luth, Barbara, *Defendant*

226.  Ma, Eileen, *Attorney for Plaintiffs-Appellees*

227.  Mack, Rachel, *Attorney for Defendant*

228.  Mahoney, Thomas, *Defendant*

229.  Manifold, Zach, *Defendant*

230.  Martin, Grace, *Attorney for Defendant*

231.  Mashburn, Matthew, *Defendant-Appellant*

232.  May, Caitlin, *Attorney for Plaintiffs-Appellees*

233.  McAdams, Issac, *Defendant*

234.  McCandless, Spencer, *Attorney for Plaintiffs-Appellees*

235.  McCarthy, Thomas, *Attorney for Intervenor-Appellants*

236.  McClain, Roy, *Defendant*

237.  McCord, Catherine, *Attorney for Plaintiffs-Appellees*

238.  McFalls, Tim, *Defendant*

239.  McFarland, Ernest, *Attorney for Plaintiffs-Appellees*

240.  McGowan, Charlene, *Attorney for Defendants-Appellants*

241.  Mcrae, Colin, *Defendant*

242.  Melcher, Molly, *Attorney for Plaintiffs-Appellees*

243.  Metropolitan Atlanta Baptist Ministers Union, Inc., *Plaintiff-Appellee*

244.  Mijente, Inc., *Plaintiff*

245.  Miller, Nicholas, *Attorney for Defendants-Appellants*

246. Milord, Sandy, *Attorney for Defendant*

247. Minnis, Terry, *Attorney for Plaintiffs-Appellees*

248. Mizner, Susan, *Attorney for Plaintiffs-Appellees*

249. Mocine-McQueen, Marcos, *Attorney for Plaintiffs-Appellees*

250. Momo, Shelley, *Attorney for Defendant*

251. Morrison, Tina, *Attorney for Plaintiffs-Appellees*

252. Mosbacher, Jennifer, *Defendant*

253. Motter, Susan, *Defendant*

254. Murchie, Laura, *Attorney for Plaintiffs-Appellees*

255. Murray, Karen, *Defendant*

256. NAACP Legal Defense and Education Fund, Inc., *Attorneys for Plaintiffs- Appellees*

257. National Association for the Advancement of Colored People, Inc., *Parent Corporatrion of Georgia State Conference of the NAACP*

258. National Republican Congressional Committee, *Intervenor-Appellant*

259. National Republican Senatorial Committee, *Intervenor-Appellant*

260. Natt, Joel, *Defendant*

261. Nemeth, Miriam, *Attorney for Plaintiffs-Appellees*

262. Nercessian, Armen, *Attorney for Plaintiffs-Appellees*

263. New Birth Missionary Baptist Church, Inc., *Plaintiff*

264. Newland, James, *Defendant*

265. Nguyen, Candice, *Attorney for Plaintiffs-Appellees*

266. Nguyen, Phi, *Attorney for Plaintiffs-Appellees*

267. Nkwonta, Uzoma, *Attorney for Plaintiffs-Appellees*

268. Noa, Jack, *Defendant*

269. Noland Law Firm, LLC, *Attorneys for Defendant*

270. Noland, William, *Attorney for Defendant*

271. Norris, Cameron, *Attorney for Intervenor-Appellants*

272. Norse, William, *Defendant*

273. Nwachukwu, Jennifer, *Attorney for Plaintiffs-Appellees*

274. O'Brien, James, *Defendant*

275. O'Connor, Eileen, *Attorney for Plaintiffs-Appellees*

276. O'Lenick, Alice, *Defendant*

277. Olm, Rylee, *Attorney for Plaintiffs-Appellees*

278. Oxford, Neil, *Attorney for Plaintiffs-Appellees*

279. Paik, Steven, *Plaintiff-Appellee*

280. Pant, Shontee, *Attorney for Plaintiffs-Appellees*

281. Paradise, Loree, *Attorney for Defendants-Appellants*

282. Parker, Warrington, *Attorney for Plaintiffs-Appellees*

283. Pelletier, Susan, *Attorney for Plaintiffs-Appellees*

284. Porter, Megan, *Attorney for Plaintiffs-Appellees*

285. Powell, Laura, *Attorney for Plaintiffs-Appellees*

286. Prince, Joshua, *Attorney for Defendants-Appellants*

287. Pulgram, Laurence, *Attorney for Plaintiffs-Appellees*

288. Pullar, Patricia, *Defendant*

289. Qadir, Hunaid, *Defendant*

290. Radzikinas, Carla, *Defendant*

291. Raffensperger, Brad, *Defendant-Appellant*

292. Raffle, Rocky, *Defendant*

293. Ramahi, Zainab, *Attorney for Plaintiffs-Appellees*

294. Rich, James, *Attorney for Plaintiffs-Appellees*

295. Richardson, Jasmyn, *Attorney for Plaintiffs-Appellees*

296. Richmond County Board of Elections, *Defendant*

297. Ringer, Cheryl, *Attorney for Defendant*

298. Rise, Inc., *Plaintiff-Appellee*

299. Rodriguez, Anthony, *Defendant*

300. Rosborough, Davin, *Attorney for Plaintiffs-Appellees*

301. Rosenberg, Ezra, *Attorney for Plaintiffs-Appellees*

302. Rosenberg, Steven, *Attorney for Defendant*

303. Russ, John, *Attorney for Plaintiffs-Appellees*

304. Ruth, Kathleen, *Defendant*

305. Ryan, Elizabeth, *Attorney for Plaintiffs-Appellees*

306. Sabzevari, Arash, *Attorney for Defendant*

307. Sachdeva, Niharika, *Attorney for Plaintiffs-Appellees*

308. Samuel Dewitt Proctor Conference, Inc., *Plaintiff*

309. Sankofa United Church of Christ Limited, *Plaintiff*

310. Schaerr | Jaffe LLP, *Attorneys for Defendants-Appellants*

311. Schaerr, Gene, *Attorney for Defendants-Appellants*

312. Scott, William, *Attorney for Defendant*

313. Seals, Veronica, *Defendant*

314. Segarra, Esperanza, *Attorney for Plaintiffs-Appellees*

315. Sells, Bryan, *Attorney for Plaintiffs-Appellees*

316. Shah, Niyati, *Attorney for Plaintiffs-Appellees*

317. Sheats, Gala, *Defendant*

318. Shelly, Jacob, *Attorney for Plaintiffs-Appellees*

319. Shirley, Adam, *Defendant*

320. Sieff, Adam, *Attorney for Plaintiffs-Appellees*

321. Silas, Tori, *Defendant*

322. Sixth District of the African Methodist Episcopal Church, *Plaintiff-Appellee*

323. Smith, Casey, *Attorney for Plaintiffs-Appellees*

324. Smith, Dele, *Defendant*

325. Smith, Mandi, *Defendant*

326. Solh, Chahira, *Attorney for Plaintiffs-Appellees*

327. Solomon, Elbert, *Plaintiff-Appellee*

328. Sosebee, Charlotte, *Defendant*

329. Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

330. Sowell, Gregory, *Attorney for Defendant*

331. Sparks, Adam, *Attorney for Plaintiffs-Appellees*

332. Squiers, Cristina, *Attorney for Defendants-Appellants*

333. Stewart Melvin & Frost, LLP, *Attorneys for Defendant*

334. Sumner, Stuart, *Attorney for Intervenor-Appellants*

335. Sung, Connie, *Attorney for Plaintiffs-Appellees*

336. Sung, Connie, *Attorney for Plaintiffs-Appellees*

337. Swift, Karli, *Defendant*

338. Szilagyi, Heather, *Attorney for Plaintiffs-Appellees*

339. Tatum, Tobias, *Attorney for Defendants-Appellants*

340. Taylor English Duma LLP, *Attorneys for Defendants-Appellants*

341. Taylor, Wandy, *Defendant*

342. Thatte, Anuja, *Attorney for Plaintiffs-Appellees*

343. The ACLU Foundation Disability Rights Program, *Attorneys for Plaintiffs- Appellees*

344. The Arc of the United States, *Plaintiff-Appellee*

345. The Concerned Black Clergy of Metropolitan Atlanta, Inc., *Plaintiff-Appellee*

346. The Georgia State Election Board, *Defendant*

347. The Justice Initiative, Inc., *Plaintiff-Appellee*

348. The Law Office of Bryan L. Sells, LLC, *Attorneys for Plaintiffs-Appellees*

349. The New Georgia Project, *Plaintiff-Appellee*

350. The Republican National Committee, *Intervenor-Appellant*

351. The State of Georgia, *Defendant-Appellant*

352. The United States of America, *Plaintiff-Appellee*

353. The Urban League of Greater Atlanta, Inc., *Plaintiff-Appellee*

354. Thomas, Ethan, *Attorney for Plaintiffs-Appellees*

355. Thompson, Grace, *Attorney for Plaintiffs-Appellees*

356. Till, Ann, *Defendant*

357. Topaz, Jonathan, *Attorney for Plaintiffs-Appellees*

358. Trent, Edward, *Attorney for Defendants-Appellants*

359. Tucker, William, *Attorney for Plaintiffs-Appellees*

360. Tyson, Bryan, *Attorney for Defendants-Appellants*

361. Uddullah, Angelina, *Plaintiff-Appellee*

362. Unger, Jess, *Attorney for Plaintiffs-Appellees*

363. United States Department of Justice, *Attorneys for Plaintiffs-Appellees*

364. Van Stephens, Michael, *Attorney for Defendant*

365. Vander Els, Irene, *Attorney for Defendant*

366. Varghese, George, *Attorney for Plaintiffs-Appellees*

367. Varner, Johnny, *Defendant*

368. Vasquez, Jorge, *Attorney for Plaintiffs-Appellees*

369. Vaughan, Elizabeth, *Attorney for Defendants-Appellants*

370. Waite, Tristen, *Attorney for Defendant*

371. Wang, Emily, *Attorney for Plaintiffs-Appellees*

372. Wardenski, Joseph, *Attorney for Plaintiffs-Appellees*

373. Ward-Packard, Samuel, *Attorney for Plaintiffs-Appellees*

374. Weber, Gerald, *Attorney for Plaintiffs-Appellees*

375. Weigel, Daniel, *Attorney for Defendants-Appellants*

376. Wesley, Carol, *Defendant*

377. White, Daniel, *Attorney for Defendant*

378. White, William, *Attorney for Intervenor-Appellants*

379. Wiggins, Larry, *Defendant*

380. Wilberforce, Nana, *Attorney for Plaintiffs-Appellees*

381. Wilborn, Eric, *Attorney for Defendant*

382. Williams, Gilda, *Attorney for Plaintiffs-Appellees*

383. Williams, Tuwanda, *Attorney for Defendant*

384. Wilmer Cutler Pickering Hale and Dorr LLP, *Attorneys for Plaintiffs-Appellees*

385. Wilson, Jacob, *Attorney for Defendant*

386. Wilson, Melanie, *Attorney for Defendant*

387. Wingate, Mark, *Defendant*

388. Winichakul, Pichaya, *Attorney for Plaintiffs-Appellees*

389. Women Watch Afrika, *Plaintiff-Appellee*

390. Woodfin, Conor, *Attorney for Intervenor-Appellants*

391. Woolard, Cathy, *Defendant*

392. Wurtz, Lori, *Defendant*

393. Yoon, Meredyth, *Attorney for Plaintiffs-Appellees*

394. Young, Sean, *Attorney for Plaintiffs-Appellees*

395. Zatz, Clifford, *Attorney for Plaintiffs-Appellees*

Members of the above-named Plaintiff-Appellee groups and residents of the State of Georgia also have an interest in the outcome of this appeal.

Except Plaintiff-Appellee Georgia State Conference of the National Association for the Advancement of Colored People (whose parent corporation is National Association for the Advancement of Colored People, Inc.), none of the above parties has a parent corporation, and no corporation owns 10% or more of any party's stock. No publicly traded company or corporation has an interest in the outcome of this case or appeal.

Per Eleventh Circuit Rule 26.1-2(c), Appellees certify that the certificate of interested persons contained in this motion is complete.

Dated: January 16, 2024

Leah C. Aden
Alaizah Koorji
John S. Cusick
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Anuja Thatte
NAACP LEGAL DEFENSE AND
EDUCATION FUND, INC.
700 14th Street, NW
Washington, DC 20005
(202) 682-1300

Respectfully Submitted,

 */s/ Davin Rosborough*
Davin M. Rosborough
Sophia Lin Lakin
Jonathan Topaz
Dayton Campbell-Harris
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836

Cory Isaacson
ACLU FOUNDATION OF
GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
(678) 981-5295

*Attorneys for Plaintiff-Appellees Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, and Georgia Advocacy Office*

Bradley E. Heard
Pichaya Poy Winichakul
SOUTHERN POVERTY
LAW CENTER
150 E. Ponce de Leon Ave., Suite
340
Decatur, GA 30031
(404) 521-6700

*Attorneys for Plaintiff-Appellees*
*Georgia Muslim Voter Project,*
*Women Watch Afrika, Latino*
*Community Fund of Georgia, and*
*The Arc of the United States*

Laurence F. Pulgram
Armen Nercessian
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
(415) 875-2300

Bryan L. Sells
THE LAW OFFICE OF
BRYAN SELLS, LLC
PO Box 5493
Atlanta, GA 31107
(404) 480-4212

Jon Greenbaum
Ezra D. Rosenberg
Julie M. Houk
Jennifer Nwachukwu
Heather Szilagyi
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
(202) 662-8600

Gerald Weber
LAW OFFICES OF
GERRY WEBER, LLC
PO Box 5391
Atlanta, GA 31107
(404) 522-0507

The undersigned Plaintiffs-Appellees respectfully move this Court under Fed. R. App. P. 27 and this Court's Rules for an order clarifying whether the briefing schedule in this appeal remains in place in light of a recent order in a related appeal, No. 23-13085. Both appeals arise from the same consolidated matter in the district court, *In re: Georgia Senate Bill 202*, No. 1:21-mi-55555-JPB (N.D. Ga.).

This appeal, No. 23-13095, solely concerns State Defendants' appeal of the district court's order granting Plaintiffs a preliminary injunction on their claim that Georgia's ban on coming within 25 feet of any individual standing in line to vote to offer them food and water to voters ("line relief"), even outside of the 150-foot buffer zone, violates the First Amendment. *See* Order, Doc. 614, No. 1:21-mi-55555-JPB (N.D. Ga. Aug. 18, 2023). The other appeal, No. 23-13085, encompasses: (1) State Defendants' appeal of a separate preliminary injunction ruling against Georgia's requirement that absentee ballot envelopes contain the voter's (correct) birthdate or be rejected, *see* Order, Doc. 613, No. 1:21-mi-55555-JPB (N.D. Ga. Aug. 18, 2023); and (2) Intervenor-Defendants Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, and Georgia Republican Party, Inc.'s appeals of both that order and the one that is the subject of this appeal.

In the other appeal, No. 23-13085, Plaintiffs moved to dismiss the appeals of Intervenor-Defendants, Doc. 70, and Intervenor-Defendants moved to consolidate

that appeal with this one and to expedite consideration, Doc. 69. Both the motions to dismiss and to consolidate remain pending, but on January 11, 2024, Judge Newsom entered an order on the motion to expedite, stating that the motion to "expedite a ruling on their motion to consolidate Case Numbers 23-13085 and 23-13095 and to carry the jurisdictional issues with the case is DENIED. The motion to consolidate stays briefing. 11th Cir. R. 31-l(b)." Doc. 110-2.

Following that Order, counsel for Plaintiffs-Appellees sought clarification from the Clerk's Office as to whether the Order in No. 23-13085 stays the briefing schedule in this matter as well, particularly because Plaintiffs-Appellees' Brief is due in this appeal on January 29, 2024. The Clerk's Office indicated that it appeared to apply only to No. 23-13085. Given two potential implications for the parties' and Court's resources, however, Plaintiffs seek formal clarification here.

First, should the Court ultimately deny Plaintiffs' Motion to Dismiss Intervenors' appeal in No. 23-13085, Plaintiffs may be forced to brief the same issue twice on appeal, whether in this case if consolidated or in No. 23-13095.

Second, in the event the parties are required to brief the criminal line relief ban twice, Intervenors will have the advantage of seeing Plaintiffs' Appellee brief in this appeal before they file their opening brief.

For these reasons, Plaintiffs-Appellees respectfully seek clarification of whether the briefing schedule in this appeal remains in place given the recent ruling

in No. 23-13085 and the continued pendency of Plaintiffs' motion to dismiss their

appeal.

Dated:  January 16, 2024                    Respectfully Submitted,


Laurence F. Pulgram                         */s/ Davin Rosborough*
Armen Nercessian                            Davin M. Rosborough
FENWICK & WEST LLP                          Sophia Lin Lakin
555 California Street                        Jonathan Topaz
San Francisco, CA  94104                    Dayton Campbell-Harris
(415) 875-2300                              ACLU FOUNDATION
                                            125 Broad Street, 18th Floor
Jon Greenbaum                               New York, NY 10004
Ezra D. Rosenberg                           (212) 519-7836
Julie M. Houk
Jennifer Nwachukwu                          Cory Isaacson
Heather Szilagyi                            ACLU FOUNDATION OF
LAWYERS' COMMITTEE FOR                      GEORGIA, INC.
CIVIL RIGHTS UNDER LAW                      P.O. Box 570738
1500 K Street NW, Suite 900                 Atlanta, GA 30357
Washington, D.C. 20005                      (678) 981-5295
(202) 662-8600
                                            Leah C. Aden
*Attorneys for Plaintiff-Appellees*         Alaizah Koorji
*Georgia State Conference of the*           John S. Cusick
*NAACP, Georgia Coalition for the*          NAACP LEGAL DEFENSE AND
*People's Agenda, Inc., League of*          EDUCATIONAL FUND, INC.
*Women Voters of Georgia, Inc.,*            40 Rector Street, 5th Floor
*GALEO Latino Community*                    New York, NY 10006
*Development Fund, Inc., Common*            (212) 965-2200
*Cause, and the Lower Muskogee*
*Creek Tribe*                               Anuja Thatte
                                            NAACP LEGAL DEFENSE AND
                                            EDUCATION FUND, INC.
                                            700 14th Street, NW
                                            Washington, DC 20005
                                            (202) 682-1300

*Attorneys for Plaintiff-Appellees Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, and Georgia Advocacy Office*

Bradley E. Heard
Pichaya Poy Winichakul
SOUTHERN POVERTY
LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30031
(404) 521-6700

*Attorneys for Plaintiff-Appellees Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund of Georgia, and The Arc of the United States*

## CERTIFICATE OF COMPLIANCE

1.  This motion complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the motion exempted by Federal Rules of Appellate Procedure Rule 27(a)(2)(B) and 32(f) and Eleventh Circuit Rule 32-4, this motion contains 488 words.

2.  This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Davin Rosborough*