# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13095

_____

IN RE:

GEORGIA SENATE BILL 202.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

_____

ORDER:

| 2 | Order of the Court | 23-13095 |

Appellees' "Motion for Clarification" is GRANTED. The Court clarifies that, pursuant to 11th Cir. R. 31-1(b), briefing in this appeal is currently stayed pending resolution of the motion to consolidate this case with Case No. 23-13085.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE