**Nos. 23-13085 & 23-13095**

# United States Court of Appeals for the Eleventh Circuit

IN RE: GEORGIA SENATE BILL 202

On Appeal from the United States District Court
for the Northern District of Georgia, Atlanta Division
No. 1:21-mi-55555-JPB

## MOTION OF STATE DEFENDANTS-APPELLANTS FOR SEPARATE BRIEFING OF CONSOLIDATED APPEALS

Christopher M. Carr
*Attorney General*
Stephen Petrany
*Solicitor General*
GEORGIA DEPARTMENT OF LAW
40 Capitol Square, S.W.
Atlanta, Georgia 30334

Gene C. Schaerr
*Special Assistant Attorney General*
Donald M. Falk
Brian J. Field
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
Bryan P. Tyson
*Special Assistant Attorney General*
Bryan F. Jacoutot
Diane Festin LaRoss
Donald P. Boyle, Jr.
Daniel H. Weigel
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
(678) 336-7249
btyson@taylorenglish.com

*Counsel for State Defendants-Appellants*

Nos. 23-13085 & 23-13095

*In Re: Georgia Senate Bill 202*

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1–26.1-3, State Defendants-Appellants The State of Georgia, Governor of the State of Georgia, Georgia Secretary of State, Georgia State Election Board, Matthew Mashburn, Sara Tindall Ghazal, Edward Lindsey, Janice W. Johnston, William S. Duffey, Jr., and District Attorney for Dougherty County, identify all Counsel, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case:

1. Abbott, Robert, *Defendant*;

2. Abudu, Nancy, *Attorney for Plaintiffs-Appellees*;

3. ACLU Foundation of Georgia, *Counsel for Plaintiffs-Appellees*;

4. ACLU Foundation of Georgia, Inc., *Counsel for Plaintiffs-Appellees*;

5. Aden, Leah, *Counsel for Plaintiffs-Appellees*;

6. Advancement Project, *Counsel for Plaintiffs-Appellees*;

7. Ameri, Mana, *Counsel for Plaintiffs-Appellees*;

8. American Civil Liberties Union Foundation of Georgia, *Counsel for Plaintiffs-Appellees*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

9.  American Civil Liberties Union Foundation, Inc., *Counsel for Plaintiffs- Appellees*;

10. Andrews, Wanda, *Defendant*;

11. Aquino, Nora, *Plaintiff-Appellee*;

12. Asian Americans Advancing Justice-Asian Law Caucus, *Counsel for Plaintiffs-Appellees*;

13. Asian Americans Advancing Justice-Atlanta, *Plaintiff-Appellee*;

14. Augusta Georgia Law Department, *Counsel for Defendant*;

15. Ausburn, Deborah, *Counsel for State Defendants-Appellants*;

16. Awuku, George, *Defendant*;

17. Banks, Marques, *Counsel for Plaintiffs-Appellees*;

18. Banter, James, *Counsel for Defendant*;

19. Bao, Judy, *Counsel for Plaintiffs-Appellees*;

20. Barkdull, Annika Boone, *Counsel for State Defendants-Appellants*;

21. Barnes, Sherry, *Defendant*;

22. Barron, Richard, *Defendant*;

23. Bartolomucci, H. Christopher, *Counsel for State Defendants-Appellants*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

24.  Beausoleil, William, *Counsel for Plaintiffs-Appellees*;

25.  BECK OWEN & MURRAY, *Counsel for Defendant*;

26.  Betakes, Steven, *Counsel for Intervenor-Defendants-Appellants*;

27.  Belichick, Joseph, *Counsel for Plaintiffs-Appellees*;

28.  Bell, Jordan, *Counsel for Defendant*;

29.  Bennette, Matlacha, *Counsel for Plaintiffs-Appellees*;

30.  Black Voters Matter Fund, *Plaintiff-Appellee*;

31.  Blender, Matthew, *Defendant*;

32.  Bloodworth, Kristin, *Counsel for Defendant*;

33.  Boulee, Honorable J. P., *United States District Court Judge*;

34.  Bowman, Brad, *Counsel for Defendant*;

35.  Boyle, Donald, *Counsel for State Defendants-Appellants*;

36.  Broder, Karl, *Counsel for Defendant*;

37.  Brooks, Jessica, *Defendant*;

38.  Brooks, Sofia, *Counsel for Plaintiffs-Appellees*;

39.  Brown, Marcia, *Defendant*;

40.  Bruning, Stephen, *Defendant*;

41.  Bruning, Steven, *Defendant*;

42.  Bryan, Bennett, *Counsel for Defendant*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

43.   Burwell, Kaye, *Counsel for Defendant*;

44.   Campbell-Harris, Dayton, *Counsel for Plaintiffs-Appellees*;

45.   Carr, Christopher M., Attorney General of the State of Georgia, *Counsel for State Defendants-Appellants*;

46.   Carver, William, *Counsel for Intervenor-Defendants-Appellants*;

47.   Cathey, Thomas, *Counsel for Defendant*;

48.   CHALMERS, ADAMS, BACKER & KAUFMAN, LLC, *Counsel for Defendant*;

49.   Chatham County Attorney, *Counsel for Defendant*;

50.   Chatham County Board of Elections, *Defendant*;

51.   Chatham County Board of Registrars, *Defendant*;

52.   Clarke County Board of Elections and Voter Registration, *Defendant*;

53.   Clayton County Board of Elections and Registration, *Defendant*;

54.   Cobb County Board of Elections and Registration, *Defendant*;

55.   Cochran, Ken, *Defendant*;

56.   Columbia County Board of Elections, *Defendant*;

57.   Columbia County Board of Registrars, *Defendant*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

58. Common Cause, *Plaintiff-Appellee*;

59. CONSOVOY MCCARTHY PLLC, *Counsel for Intervenor-Defendants-Appellants*;

60. Cramer, Raisa, *Counsel for Plaintiffs-Appellees*;

61. Crawford, Teresa, *Defendant*;

62. CROWELL & MORING, LLP, *Counsel for Plaintiffs-Appellees*;

63. Cushman, Ann, *Defendant*;

64. Cusick, John, *Counsel for Plaintiffs-Appellees*;

65. Dasgupta, Riddhi, *Counsel for Defendants-Appellants*;

66. Dave, Charles, *Defendant*;

67. Davenport, Jennifer, *Counsel for Defendant*;

68. DAVIS WRIGHT TREMAINE LLP, *Counsel for Plaintiffs-Appellees*;

69. Davis, Britton, *Counsel for Plaintiffs-Appellees*;

70. Day, Stephen, *Defendant*;

71. DeKalb County Board of Registrations and Elections, *Defendant*;

72. DeKalb County Law Department, *Counsel for Defendant*;

73. Delta Sigma Theta Sorority, Inc., *Plaintiff-Appellee*;

74. Denmark, Emilie, *Counsel for Defendant*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

75. DENTONS US LLP, *Counsel for Intervenor-Defendants-Appellants*;

76. Deshazior, Zurich, *Defendant*;

77. DeThomas, Courtney, *Counsel for Plaintiffs-Appellees*;

78. Dianis, Judith, *Counsel for Plaintiffs-Appellees*;

79. Dickey, Gilbert, *Counsel for Intervenor-Defendants-Appellants*;

80. Dicks, Terence, *Defendant*;

81. Dimmick, Brian, *Counsel for Plaintiffs-Appellees*;

82. DiStefano, Don, *Defendant*;

83. Doss, Travis, *Defendant*;

84. Dozier, Shauna, *Defendant*;

85. Drennon, Baxter, *Counsel for Intervenor-Defendants-Appellants*;

86. Duffie, Wanda, *Defendant*;

87. Durbin, Jauan, *Plaintiff-Appellee*;

88. Durso, Katherine, *Defendant*;

89. Edwards, Gregory, *State Defendant*;

90. ELIAS LAW GROUP LLP, *Counsel for Plaintiffs-Appellees*;

91. Ellington, Thomas, *Defendant*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

92.　Enjeti-Sydow, Anjali, *Plaintiff-Appellee*;

93.　Evans-Daniel, Karen, *Defendant*;

94.　Evans, James, *Counsel for Defendant*;

95.　Evans, Rachel, *Counsel for Plaintiffs-Appellees*;

96.　Eveler, Janine, *Defendant*;

97.　Falk, Donald M., *Counsel for State Defendants-Appellants*;

98.　Fambrough, Willa, *Defendant*;

99.　Faransso, Tania, *Counsel for Plaintiffs-Appellees*;

100.　Farrell, Gregory, *Counsel for Plaintiffs-Appellees*;

101.　Feldsherov, Ilya, *Counsel for Plaintiffs-Appellees*;

102.　FENWICK & WEST, LLP, *Counsel for Plaintiffs-Appellees*;

103.　Field, Brian J., *Counsel for State Defendants-Appellants*;

104.　First Congregational Church, United Church of Christ Incorporated, *Plaintiff-Appellee*;

105.　Fogelson, Matthew, *Counsel for Plaintiffs-Appellees*;

106.　Forsyth County Board of Voter Registrations and Elections, *Defendant*;

107.　Fortier, Lucas, *Counsel for Plaintiffs-Appellees*;

108.　Foster, Mikayla, *Counsel for Plaintiffs-Appellees*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

109. FREEMAN MATHIS & GARY, LLP, *Counsel for Defendant*;

110. Fulton County Attorney's Office, *Counsel for Defendant*;

111. Fulton County Registration and Elections Board, *Defendant*;

112. Galeo Latino Community Development Fund, Inc., *Plaintiff-Appellee*;

113. Gammage, Keith, *Defendant*;

114. Garabadu, Rahul, *Counsel for Plaintiffs-Appellees*;

115. Gartland, Pat, *Defendant*;

116. Gay, Nancy, *Defendant*;

117. Geiger, Debra, *Defendant*;

118. Georgia Adapt, *Plaintiff-Appellee*;

119. Georgia Advocacy Office, *Plaintiff-Appellee*;

120. Georgia Coalition for the People's Agenda, Inc., *Plaintiff-Appellee*;

121. Georgia Department of Law, *Counsel for Defendants-Appellants*;

122. Georgia Latino Alliance for Human Rights, Inc., *Plaintiff-Appellee*;

123. Georgia Muslim Voter Project, *Plaintiff-Appellee*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

124. Georgia Republican Party, Inc., *Intervenor-Defendant-Appellant*;

125. Georgia State Conference of the NAACP, *Plaintiff-Appellee*;

126. Georgia State Election Board, *Defendant*;

127. Ghazal, Sara, *State Defendant*;

128. Gibbs, Fannie, *Plaintiff-Appellee*;

129. Gillon, Thomas, *Defendant*;

130. Givens, Diane, *Defendant*;

131. Gossett, David, *Counsel for Plaintiffs-Appellees*;

132. Green, Tyler, *Counsel for Intervenor-Defendants-Appellants*;

133. Greenbaum, Jon, *Counsel for Plaintiffs-Appellees*;

134. GREENBERG TRAURIG, LLP, *Counsel for Defendant*;

135. Groves, Angela, *Counsel for Plaintiffs-Appellees*;

136. Gwinnett County Board of Registrations and Elections, *Defendant*;

137. Gwinnett County Department of Law, *Counsel for Defendant*;

138. Hall Booth Smith, P.C., *Counsel for Intervenor-Defendants-Appellants*;

139. Hall County Board of Elections and Registration, *Defendant*;

Nos. 23-13085 & 23-13095

*In Re: Georgia Senate Bill 202*

140.  Hall County Government, *Counsel for Defendant*;

141.  Hall, Dorothy, *Defendant*;

142.  Hall, John, *Counsel for Intervenor-Defendants-Appellants*;

143.  Hamilton, Brittni, *Counsel for Plaintiffs-Appellees*;

144.  Hancock, Jack, *Counsel for Defendant*;

145.  Hart, Ralph, *Counsel for Defendant*;

146.  Hart, Twyla, *Defendant*;

147.  Hasselberg, Emily, *Counsel for Plaintiffs-Appellees*;

148.  Hayes, Vilia, *Counsel for Plaintiffs-Appellees*;

149.  HAYNIE, LITCHFIELD & WHITE, PC, *Counsel for Defendant*;

150.  Hazard, Joel, *Defendant*;

151.  Heard, Bradley, *Counsel for Plaintiffs-Appellees*;

152.  Heimes, Marianne, *Defendant*;

153.  Henseler, James, *Counsel for Plaintiffs-Appellees*;

154.  Herren, Thomas, *Counsel for Plaintiffs-Appellees*;

155.  Hiatt, Alexandra, *Counsel for Plaintiffs-Appellees*;

156.  Ho, Dale, *Counsel for Plaintiffs-Appellees*;

157.  Hodge, Malinda, *Defendant*;

158.  Houk, Julie, *Counsel for Plaintiffs-Appellees*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

159. Hoyos, Luis, *Counsel for Plaintiffs-Appellees*;

160. HUGHES HUBBARD & REED, *Counsel for Plaintiffs-Appellees*;

161. Hughes, Aileen, *Counsel for Plaintiffs-Appellees*;

162. HULL BARRETT, PC, *Counsel for Defendant*;

163. Ingram, Randy, *Defendant*;

164. Jacoutot, Bryan, *Counsel for State Defendants-Appellants*;

165. Jaffe, Erik S., *Counsel for State Defendants-Appellants*;

166. Jahangiri, Mahroh, *Counsel for Plaintiffs-Appellees*;

167. Jaikumar, Arjun, *Counsel for Plaintiffs-Appellees*;

168. JAMES BATES BRANNAN GROOVER LLP, *Counsel for Defendant*;

169. JARRARD & DAVIS, LLP, *Counsel for Defendant*;

170. Jasrasaria, Jyoti, *Counsel for Plaintiffs-Appellees*;

171. Jaugstetter, Patrick, *Counsel for Defendant*;

172. Jedreski, Matthew, *Counsel for Plaintiffs-Appellees*;

173. Jester, Alfred, *Defendant*;

174. Jester, Nancy, *Defendant*;

175. Jhaveri, Sejal, *Counsel for Plaintiffs-Appellees*;

176. Johnson, Aaron, *Defendant*;

177. Johnson, Ben, *Defendant*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

178.  Johnson, Darlene, *Defendant*;

179.  Johnson, Melinda, *Counsel for Plaintiffs-Appellees*;

180.  Johnston, Janice, *State Defendant*;

181.  Joiner, Amelia, *Counsel for Defendant*;

182.  Kanu, Nkechi, *Counsel for Plaintiffs-Appellees*;

183.  Kaplan, Mike, *Defendant*;

184.  KASTORF LAW, LLC, *Counsel for Plaintiffs-Appellees*;

185.  Kastorf, Kurt, *Counsel for Plaintiffs-Appellees*;

186.  Kaufman, Alex, *Counsel for Intervenor-Defendants-Appellants*;

187.  KEKER VAN NEST & PETERS LLP, *Counsel for Plaintiffs-Appellees*;

188.  Kemp, Brian, Governor of the State of Georgia, *State Defendant-Appellant;*

189.  Kennedy, David, *Defendant*;

190.  Kennedy, Kate, *Counsel for Plaintiffs-Appellees*;

191.  Keogh, William, *Counsel for Defendant*;

192.  Khan, Sabrina, *Counsel for Plaintiffs-Appellees*;

193.  Kim, Danielle, *Counsel for Plaintiffs-Appellees*;

194.  Kingsolver, Justin, *Counsel for Plaintiffs-Appellees*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

195. Klein, Spencer, *Counsel for Plaintiffs-Appellees*;

196. Knapp, Halsey, *Counsel for Plaintiffs-Appellees*;

197. Koorji, Alaizah, *Counsel for Plaintiffs-Appellees*;

198. KREVOLIN & HORST, LLC, *Counsel for Plaintiffs-Appellees*;

199. Kucharz, Kevin, *Counsel for Defendant*;

200. Lakin, Sophia, *Counsel for Plaintiffs-Appellees*;

201. Lam, Leo, *Counsel for Plaintiffs-Appellees*;

202. Lang, Antan, *Defendant*;

203. LaRoss, Diane, *Counsel for State Defendants-Appellants*;

204. Latino Community Fund of Georgia, *Plaintiff-Appellee*;

205. Lauridsen, Adam, *Counsel for Plaintiffs-Appellees*;

206. LAW OFFICE OF GERALD R WEBER, LLC, *Counsel for Plaintiffs-Appellees*;

207. Lawhon, Justin, *Counsel for Defendant*;

208. Lawyers' Committee for Civil Rights Under Law, *Counsel for Plaintiffs- Appellees*;

209. League of Women Voters of Georgia, Inc., *Plaintiff-Appellee*;

210. Leung, Kimberly, *Counsel for Plaintiffs-Appellees*;

211. Lewis, Anthony, *Defendant*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

212. Lewis, Joyce, *Counsel for Plaintiffs-Appellees*;

213. Lin, Stephanie, *Counsel for Plaintiffs-Appellees*;

214. Lindsey, Edward, *State Defendant*;

215. Lower Muskogee Creek Tribe, *Plaintiff-Appellee*;

216. Lowman, David, *Counsel for Defendant*;

217. Ludwig, Jordan, *Counsel for Plaintiffs-Appellees*;

218. Luth, Barbara, *Defendant*;

219. Ma, Eileen, *Counsel for Plaintiffs-Appellees*;

220. Mack, Rachel, *Counsel for Defendant*;

221. Macon-Bibb County Board of Elections, *Defendant*;

222. Mahoney, Thomas, *Defendant*;

223. Manifold, Zach, *Defendant*;

224. Martin, Grace Simms, *Counsel for Defendants*;

225. Mashburn, Matthew, *State Defendant-Appellant*;

226. May, Caitlin, *Counsel for Plaintiffs-Appellees*;

227. Maynard, Darius*, Former Defendant*;

228. McAdams, Issac, *Defendant*;

229. McCandless, Spencer, *Counsel for Plaintiffs-Appellees*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

230. McCarthy, Thomas, *Counsel for Intervenor-Defendants-Appellants*;

231. McClain, Roy, *Defendant*;

232. McCord, Catherine, *Counsel for Plaintiffs-Appellees*;

233. McFalls, Tim, *Defendant*;

234. McFarland, Ernest, *Counsel for Plaintiffs-Appellees*;

235. McGowan, Charlene, *Counsel for State Defendants-Appellants*;

236. Mcrae, Colin, *Defendant*;

237. Melcher, Molly, *Counsel for Plaintiffs-Appellees*;

238. Metropolitan Atlanta Baptist Ministers Union, Inc., *Plaintiff-Appellee*;

239. Miller, Nicholas, *Counsel for State Defendants-Appellants*;

240. Milord, Sandy, *Counsel for Defendant*;

241. Minnis, Terry, *Counsel for Plaintiffs-Appellees*;

242. Mizner, Susan, *Counsel for Plaintiffs-Appellees*;

243. Mocine-McQueen, Marcos, *Counsel for Plaintiffs-Appellees*;

244. Momo, Shelley, *Counsel for Defendant*;

245. Morrison, Tina, *Counsel for Plaintiffs-Appellees*;

246. Mosbacher, Jennifer, *Defendant*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

247. Motter, Susan, *Defendant*;

248. Murchie, Laura, *Counsel for Plaintiffs-Appellees*;

249. Murray, Karen, *Defendant*;

250. NAACP Legal Defense and Education Fund, Inc., *Counsel for Plaintiffs- Appellees*;

251. National Republican Congressional Committee, *Intervenor-Defendant- Appellant*;

252. National          Republican Senatorial Committee, *Intervenor-Defendant-Appellant;*

253. Natt, Joel, *Defendant*;

254. Nemeth, Miriam, *Counsel for Plaintiffs-Appellees*;

255. Nercessian, Armen, *Counsel for Plaintiffs-Appellees*;

256. Newland, James, *Defendant*;

257. Nguyen, Candice, *Counsel for Plaintiffs-Appellees*;

258. Nguyen, Phi, *Counsel for Plaintiffs-Appellees*;

259. Nkwonta, Uzoma, *Counsel for Plaintiffs-Appellees*;

260. Noa, Jack, *Defendant*;

261. NOLAND LAW FIRM, LLC, *Counsel for Defendants;*

262. Noland, William H., *Counsel for Defendant*s;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

263. Norris, Cameron, *Counsel for Intervenor-Defendants-Appellants*;

264. Norse, William, *Defendant*;

265. Nwachukwu, Jennifer, *Counsel for Plaintiffs-Appellees*;

266. O'Brien, James, *Defendant*;

267. O'Connor, Eileen, *Counsel for Plaintiffs-Appellees*;

268. O'Lenick, Alice, *Defendant*;

269. Olm, Rylee, *Counsel for Plaintiffs-Appellees*;

270. Oxford, Neil, *Counsel for Plaintiffs-Appellees*;

271. Paik, Steven, *Plaintiff-Appellee*;

272. Pant, Shontee, *Counsel for Plaintiffs-Appellees*;

273. Paradise, Loree, *Counsel for State Defendants-Appellants*;

274. Parker, Warrington, *Counsel for Plaintiffs-Appellees*;

275. Pelletier, Susan, *Counsel for Plaintiffs-Appellees*;

276. Porter, Megan, *Counsel for Plaintiffs-Appellees*;

277. Powell, Laura, *Counsel for Plaintiffs-Appellees*;

278. Prince, Joshua, *Counsel for State Defendants-Appellants*;

279. Pulgram, Laurence, *Counsel for Plaintiffs-Appellees*;

280. Pullar, Patricia, *Defendant*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

281. Qadir, Hunaid, *Defendant*;

282. Radzikinas, Carla, *Defendant*;

283. Raffensperger, Brad, Secretary of State of Georgia, *State Defendant-Appellant*;

284. Raffle, Rocky, *Defendant*;

285. Ramahi, Zainab, *Counsel for Plaintiffs-Appellees*;

286. Remlinger, Brian, *Counsel for Plaintiffs-Appellees*;

287. Rich, James, *Counsel for Plaintiffs-Appellees*;

288. Richardson, Jasmyn, *Counsel for Plaintiffs-Appellees*;

289. Richmond County Board of Elections, *Defendant*;

290. Ringer, Cheryl, *Counsel for Defendant*;

291. Rise, Inc., *Plaintiff-Appellee*;

292. Rodriguez, Anthony, *Defendant*;

293. Rosborough, Davin, *Counsel for Plaintiffs-Appellees*;

294. Rosenberg, Ezra, *Counsel for Plaintiffs-Appellees*;

295. Rosenberg, Steven, *Counsel for Defendant*;

296. Russ, John, *Counsel for Plaintiffs-Appellees*;

297. Ruth, Kathleen, *Defendant*;

298. Ryan, Elizabeth, *Counsel for Plaintiffs-Appellees*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

299.  Sabzevari, Arash, *Counsel for Defendant*;

300.  Sachdeva, Niharika, *Counsel for Plaintiffs-Appellees*;

301.  Schaerr, Gene C., *Counsel for State Defendants-Appellants*;

302.  SCHAERR | JAFFE, LLP, *Counsel for State Defendants-Appellants*;

303.  Scott, William, *Counsel for Defendant*;

304.  Seals, Veronica, *Defendant*;

305.  Segarra, Esperanza, *Counsel for Plaintiffs-Appellees*;

306.  Sells, Bryan, *Counsel for Plaintiffs-Appellees*;

307.  Shah, Niyati, *Counsel for Plaintiffs-Appellees*;

308.  Sheats, Gala, *Defendant*;

309.  Shelly, Jacob, *Counsel for Plaintiffs-Appellees*;

310.  Shirley, Adam, *Defendant*;

311.  Sieff, Adam, *Counsel for Plaintiffs-Appellees*;

312.  Silas, Tori, *Defendant*;

313.  Sixth District of the African Methodist Episcopal Church,

       *Plaintiff- Appellee*;

314.  Smith, Casey, *Counsel for Plaintiffs-Appellees*;

315.  Smith, Dele, *Defendant*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

316.  Smith, Mandi, *Defendant*;

317.  Solh, Chavira, *Counsel for Plaintiffs-Appellees*;

318.  Solomon, Elbert, *Plaintiff-Appellee*;

319.  Sosebee, Charlotte, *Defendant*;

320.  Southern Poverty Law Center, *Counsel for Plaintiffs-Appellees*;

321.  Sowell, Gregory, *Counsel for Defendant*;

322.  Spangler, Herbert, *Former Defendant*;

323.  Sparks, Adam, *Counsel for Plaintiffs-Appellees*;

324.  Squiers, Cristina, *Counsel for State Defendants-Appellants*;

325.  State of Georgia, *State Defendant-Appellant;*

326.  STEWART MELVIN & FROST, LLP, *Counsel for Defendant*;

327.  Strawbridge, Patrick, *Counsel for Intervenor-Defendants-Appellants*;

328.  Sumner, Stuart, *Counsel for Intervenor-Defendants-Appellants*;

329.  Sung, Connie, *Counsel for Plaintiffs-Appellees*;

330.  Swift, Karli, *Defendant*;

331.  Szilagyi, Heather, *Counsel for Plaintiffs-Appellees*;

332.  Tatum, Tobias, *Counsel for State Defendants-Appellants*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

333. TAYLOR ENGLISH DUMA LLP, *Counsel for State Defendants-Appellants*;

334. Taylor, Wandy, *Defendant*;

335. Thatte, Anuja, *Counsel for Plaintiffs-Appellees*;

336. The ACLU Foundation Disability Rights Program, *Counsel for Plaintiffs- Appellees*;

337. The Arc of the United States, *Plaintiff-Appellee*;

338. The Concerned Black Clergy of Metropolitan Atlanta, Inc., *Plaintiff- Appellee*;

339. The Georgia State Election Board, *State Defendant*;

340. The Justice Initiative, Inc., *Plaintiff-Appellee*;

341. THE LAW OFFICE OF BRYAN L. SELLS, LLC, *Counsel for Plaintiffs-Appellees*;

342. The New Georgia Project, *Plaintiff-Appellee*;

343. The Republican National Committee, *Intervenor-Defendant-Appellant*;

344. The Urban League of Greater Atlanta, Inc., *Plaintiff-Appellee*;

345. Thomas, Ethan, *Counsel for Plaintiffs-Appellees*;

346. Thompson, Grace, *Counsel for Plaintiffs-Appellees*;

Nos. 23-13085 & 23-13095

*In Re: Georgia Senate Bill 202*

347. Till, Ann, *Defendant*;

348. Topaz, Jonathan, *Counsel for Plaintiffs-Appellees*;

349. Trent, Edward, *Counsel for State Defendants-Appellants*;

350. Tucker, William, *Counsel for Plaintiffs-Appellees*;

351. Tyson, Bryan, *Counsel for State Defendants-Appellants*;

352. Uddullah, Angelina, *Plaintiff-Appellee*;

353. Unger, Jess, *Counsel for Plaintiffs-Appellees*;

354. United States Department of Justice, *Counsel for Plaintiffs-Appellees*;

355. United States of America, *Plaintiff-Appellee*;

356. Van Stephens, Michael, *Counsel for Defendant*;

357. Vander Els, Irene, *Counsel for Defendant*;

358. Varghese, George, *Counsel for Plaintiffs-Appellees*;

359. Varner, Johnny, *Defendant*;

360. Vasquez, Jorge, *Counsel for Plaintiffs-Appellees*;

361. Vaughan, Elizabeth, *Counsel for State Defendants-Appellants*;

362. Waite, Tristen, *Counsel for Defendant*;

363. Wang, Emily, *Counsel for Plaintiffs-Appellees*;

364. Ward-Packard, Samuel, *Counsel for Plaintiffs-Appellees*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

365. Wardenski, Joseph, *Counsel for Plaintiffs-Appellees*;

366. Watson, Jeanetta R., *Former Defendant*;

367. Webb, Brian K., *Counsel for State Defendants-Appellants*;

368. Weber, Gerald, *Counsel for Plaintiffs-Appellees*;

369. Weigel, Daniel, *Counsel for State Defendants-Appellants*;

370. Wesley, Carol, *Defendant*;

371. White, Daniel, *Counsel for Defendant*;

372. White, William, *Counsel for Intervenor-Defendants-Appellants*;

373. Wiggins, Larry, *Defendant*;

374. Wilberforce, Nana, *Counsel for Plaintiffs-Appellees*;

375. Wilborn, Eric, *Counsel for Defendant*;

376. Willard, Russell D., *Counsel for State Defendants-Appellants*;

377. Williams, Gilda, *Counsel for Plaintiffs-Appellees*;

378. Williams, Tuwanda, *Counsel for Defendant*;

379. WILMER CUTLER PICKERING HALE AND DORR LLP, *Counsel for Plaintiffs- Appellees*;

380. Wilson, Jacob C., *Counsel for Defendant*s;

381. Wilson, Melanie, *Counsel for Defendant*;

382. Wingate, Mark, *Defendant*;

Nos. 23-13085 & 23-13095
*In Re: Georgia Senate Bill 202*

383. Winichakul, Pichaya, *Counsel for Plaintiffs-Appellees*;

384. Women Watch Afrika, *Plaintiff-Appellee*;

385. Woodfin, Conor, *Counsel for Intervenor-Defendants-Appellants*;

386. Woolard, Cathy, *Defendant*;

387. Wurtz, Lori, *Defendant*;

388. Yoon, Meredyth, *Counsel for Plaintiffs-Appellees*;

389. Young, Sean, *Counsel for Plaintiffs-Appellees*; and

390. Zatz, Clifford, *Counsel for Plaintiffs-Appellees*.

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, State Defendants-Appellants state that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

## MOTION FOR SEPARATE BRIEFING

State Defendants-Appellants the State of Georgia, Governor of Georgia, Georgia Secretary of State, Georgia State Election Board, Matthew Mashburn, Sara Tindall Ghazal, Edward Lindsey, Janice W. Johnston, and the District Attorney for Dougherty County respectfully move for separate briefing of the recently consolidated appeals in Case No. 23-13085 and Case No. 23-13095. Plaintiffs-Appellees have informed State Defendants that Plaintiff-Appellees take no position with respect to this motion for separate briefing, but state that whatever format the Court approves should be applied equally to Plaintiffs-Appellees' submissions.

## INTRODUCTION

State Defendants seek a modest adjustment to the briefing process mandated by this Court's order of May 20, 2024. That order stated that "Intervenor-Appellants' motion to consolidate is GRANTED. Case Number 23-13085 is consolidated with Case No. 23-13095 for briefing and

merits disposition." No. 23-13085, Doc. 113-2, at 2.[1] And, although the motion the Court granted did not seek it, the order further required all the appellants to file "*consolidated* initial briefs." *Id.* (emphasis added).

Even with consolidation, however, the parties should be permitted to file separate briefs on the merits for the appeals in Case No. 23-13085 and Case No. 23-13095. The two dockets address separate orders granting separate preliminary injunctions against separate statutory provisions, involving separate sets of facts, separate legal arguments, and even separate groupings of parties. Accordingly, any briefs encompassing both issues will read like two separate (but incomplete) briefs shoe-horned into one. Moreover, Intervenors' original motion was unopposed only because they sought to consolidate only part of *their* appeal docketed in Case No. 23-13085 with the separate appeal in Case No. 23-13095. Because separate briefing will benefit the Court and the parties, the parties should be permitted to file separate briefs addressing the two disparate issues in the two appellate dockets.

---

[1] Unless otherwise indicated, record citations are to the dockets in this Court. Record citations are to the page numbers that appear in the header generated by this Court's electronic filing system. *Cf*. 11th Cir. R. 28-5.

## BACKGROUND

Shortly after the 2021 enactment of Georgia's election-reform statute, SB 202, several groups of Plaintiffs sued State Defendants and others seeking to invalidate several provisions of SB 202 as preempted by federal legislation or otherwise unconstitutional. Intervenors promptly entered the cases, *see*, *e.g.*, *Ga. State Conf. of the NAACP v. Raffensperger*, No. 1:21-cv-01259, Doc. 40 (N.D. Ga. June 4, 2021), which the district court ultimately consolidated. *In re Georgia Senate Bill 202*, No. 1:21-mi-55555, Doc. 1 (N.D. Ga. Dec. 23, 2021).

Varying groups of Plaintiffs moved for separate preliminary injunctions against separate provisions of SB 202. Two preliminary injunctions are relevant here.

**First**, one group of Plaintiffs moved for an injunction against the requirement in O.C.G.A. § 21-2-385(a) that voters choosing to vote absentee by mail write their birthdate on the outer envelope in which the

absentee ballot is returned.[2]  State Defendants opposed the preliminary injunction on several grounds, including (1) that, because county officials had the exclusive ability and responsibility to implement the birthdate requirement, no injunctive relief against State Defendants could redress Plaintiffs' claimed injury (No. 23-13085, Doc. 70-6, at 13–19), and (2) that the birthdate requirement is lawful (*id.* at 17–23).  County Defendants did not oppose Plaintiffs' motion.

The district court denied relief against State Defendants, holding that Plaintiffs lacked standing to pursue an injunction against State Defendants because no order against State Defendants would redress Plaintiffs' claimed injury. No. 23-13085, Doc. 70-5, at 17.  The district court granted relief against County Defendants, however, on the ground that the birthdate requirement violated the materiality provision of Section 1971 of the Civil Rights Act of 1964, 52 U.S.C. § 10101(a)(2)(B),

---

[2] These Plaintiffs included Georgia State Conference of the NAACP; Georgia Coalition for the People's Agenda, Inc.; League of Women Voters of Georgia, Inc.; GALEO Latino Community Development Fund, Inc.; Common Cause; the Lower Muskogee Creek Tribe; Georgia Muslim Voter Project; Women Watch Afrika; Latino Community Fund Georgia; The Arc of the United States; Sixth District of the African Methodist Episcopal Church; Delta Sigma Theta Sorority; Georgia ADAPT; Georgia Advocacy Office; and Southern Christian Leadership Conference. *See* No. 23-13085, Doc. 70-5, at 3 n.1.

because the birthdate was used to confirm the voter's identity rather than to determine the voter's qualifications to vote under Georgia law.  No. 23-13085, Doc. 70-5, at 23–24, 29, 38.

State Defendants and Intervenors appealed the preliminary injunction, No. 23-13085, Docs. 1 & 2, and Plaintiffs cross-appealed the denial of relief against State Defendants, No. 23-13085, Doc. 27.

**Second**, another group of Plaintiffs separately moved for a preliminary injunction against the provision in O.C.G.A. § 21-2-414(a) that prohibits giving things of value to voters, including food or beverages, within 150 feet of the polling place or within a 25-foot buffer zone around the polling line of voters waiting to vote.[3] The district court upheld the 150-foot prohibition, but enjoined the 25-foot prohibition

---

[3] The Plaintiffs making this motion included Sixth District of the African Methodist Episcopal Church; Georgia Muslim Voter Project; Women Watch Afrika; Latino Community Fund Georgia; Delta Sigma Theta Sorority, Inc.; The Arc of the United States; Georgia ADAPT; Southern Christian Leadership Conference; Georgia Advocacy Office; Georgia State Conference of the NAACP; Georgia Coalition for the People's Agenda, Inc.; League of Women Voters of Georgia, Inc.; GALEO Latino Community Development Fund, Inc.; Common Cause; Lower Muskogee Creek Tribe; and the United States of America; the New Georgia Project; Black Voters Matter Fund; Rise, Inc.; Fannie Marie Jackson Gibbs; Jauan Durbin; and Elbert Solomon. *See In re Georgia Senate Bill 202*, No. 1:21-mi-55555-JPB, Doc. 614, at 2 nn. 1–2 (N.D. Ga. Aug. 18, 2023).

applicable to voters standing in line if a line extended farther than 150 feet from the polling place. *In re Georgia Senate Bill 202*, No. 1:21-mi-55555, Doc. 614 (N.D. Ga. Aug. 18, 2023). The district court held that this aspect of the polling-line-gift law infringes Plaintiffs' First Amendment right to free speech. *Id.* at 20. The court held that the law is not narrowly tailored because the polling line zone might theoretically reach long distances. *Id.* at 26. The court also concluded that the State's interests did not warrant denying relief as an equitable matter. *Id.* at 39.

State Defendants appealed this order as well. No. 23-13095, Doc. 1. Intervenors' appeal of this order was included in their notice of appeal docketed in No. 23-13085, Doc. 1.

Soon thereafter, Intervenors filed an unopposed "Motion to Consolidate" in Case No. 23-13085, Doc. 74, and Case No. 23-13095, Doc. 67. That motion noted that *Intervenors* had submitted a single notice for their appeals from the two separate preliminary injunctions (*In re Georgia Senate Bill 202*, No. 1:21-mi-55555, Docs. 613 & 614), but that State Defendants' separate appeals from those two orders had been filed and docketed separately. State Defendants' appeal from district court order No. 613 was docketed in Case No. 23-13085 in this Court, while

6

State Defendants' appeal from district court order No. 614 was docketed as Case No. 23-13095 in this Court. Intervenors did not ask that Case Nos. 23-13085 and 23-13095 be combined for all (or indeed any) purposes. Rather, Intervenors asked only "that the Court consolidate their appeal of Order No. 614 with the State Defendants' appeal of the same order in case No. 23-13095." No. 23-13085, Doc. 74, at 22. "In short," Intervenors clarified, "the Republican committees' appeal of Order No. 614 should be moved from case No. 23-13085 to case No. 23-13095." *Id.* at 23. And on that basis, Intervenors correctly represented that "[n]one of the parties to this appeal oppose[d] this motion." *Id.*

This Court granted "Intervenor-Appellants' motion to consolidate." No. 23-13085, Doc. 113-2, at 2. However, instead of granting the relief Intervenors requested, and moving Intervenors' "appeal of Order No. 614 … from case No. 23-13085 to case No. 23-13095," No. 23-13085, Doc. 74, at 23, the Court ordered that "Case Number 23-13085 is consolidated with Case No. 23-13095 for briefing and merits disposition." No. 23-13085, Doc. 113-2, at 2. The Court also instructed the appellants to file "consolidated initial briefs." *Id.*

## ARGUMENT

Other than their source in the same district court case (which was itself a consolidation of numerous different complaints), the separate appeals from separate orders in Case No. 23-13085 and Case No. 23-13095 have nothing meaningful in common.  Consolidated briefs would amount to two separate, free-standing briefs stitched together as one, while precluding thorough exposition of the issues in either appeal. Separate briefing accordingly is in the best interests of the Court and the parties.

1. As explained above, the unopposed motion filed by Intervenors Georgia Republican Party, the Republican National Committee, and the National Republican Senatorial and Congressional Committees sought only to consolidate *Intervenors'* appeal from the voter-line gift ban injunction (which was filed in Case No. 23-13085) with State Defendants' separate appeal in Case No. 23-13095, so that Intervenors' appeal of that injunction would be briefed and heard together with State Defendants' appeal of that specific injunction.  No party sought to consolidate the briefing of those separate appeals into a single proceeding with consolidated briefing on both of the separate laws at issue here.  Indeed,

had any party sought *that* relief, State Defendants would have vigorously opposed it—as contrary to the interests of the Court as well as the parties.

State Defendants do not, however, object to consolidation to the extent that procedure permits both cases to be heard and decided by a single panel of this Court. From the Court's perspective, there may well be some efficiencies in having both cases heard and decided by a single panel.

2. In contrast, briefing the two appeals separately—in accord with Intervenors' motion—would benefit counsel *and* the court.

First, the two appeals present entirely distinct legal questions with distinct facts. The challenged provisions address factually distinct settings—absentee-ballot envelopes in Case No. 23-13085, and polling-place lines in Case No. 23-13095. Moreover, the history and justifications for the challenged provisions are distinct. And the legal issues are equally distinct.

Case No. 23-13085 involves appeals from an order granting a preliminary injunction against a Georgia statute requiring that a voter returning an absentee ballot by mail write his or her birthdate on the

9

outer envelope. *See* O.C.G.A. § 21-2-385(a). That injunction rested on the district court's conclusion that the birthdate requirement violates 52 U.S.C. § 10101(a)(2)(B) because the birthdate was used to confirm the identity of an absentee voter but was not also "material in determining whether such individual is qualified under State law to vote." 52 U.S.C. § 10101(a)(2)(B); *see* No. 23-13085, Doc. 70-5, at 23–24. Case No. 23-13085 also presents the standing issues raised by Plaintiffs' motion to dismiss State Defendants' appeal; the Court ordered that those issues will be considered when the Court addresses the merits of the appeal. No. 23-13085, Doc. 111–2, at 2.

In contrast, Case No. 23-13095 addresses an order granting a preliminary injunction against some aspects of a Georgia statute requiring that persons wishing to hand out food, beverages, or other gifts to persons standing in line to vote may approach no nearer than 25 feet from the voters in line if the line stretches farther than 150 feet from the polling place. *See* O.C.G.A. § 21-2-414(a). Case No. 23-13095 thus turns not on statutory or standing concerns but issues under the First Amendment.

Because there is no meaningful factual or legal overlap between the issues in the two appeals, addressing the birthdate and the voter-line gift issues in the same brief would be confusing and produce what would amount to separate briefs under one cover.

In addition, the parties to each appeal do not fully overlap. Five Plaintiffs—the New Georgia Project; Black Voters Matter Fund; Rise, Inc.; Fannie Marie Jackson Gibbs; Jauan Durbin; and Elbert Solomon— are parties to Case No. 23-13095 but *not* to Case No. 23-13085. Thus, not only the issues to be decided, but also the parties involved, are different in the two appeals.

That is why the motion that the Court recently granted did not actually request that these cases be consolidated for briefing and disposition, but only that Intervenors be permitted to brief the voter-line gift issue in No. 23-13095 even though Intervenors' appeal of both issues was initially docketed in No. 23-13085.

Further complicating any effort to prepare single briefs for the two disparate appeals, different counsel are primarily responsible for each appeal—at least for State Defendants. That reinforces the impracticality

of consolidated briefing of these two appeals presenting entirely different issues.

## CONCLUSION

The appeal in Case No. 23-13085 of the preliminary injunction against the absentee-ballot-envelope birthdate requirement and the appeal in Case No. 23-13095 of the preliminary injunction against the prohibition on providing items of value within 25 feet of a polling-place line that stretches more than 150 feet from a polling place should be briefed separately.  The underlying facts are different. The legal issues are different.  And the parties are different. This motion for separate briefing should be granted and the parties ordered to file separate briefs addressing Case No. 23-13085 and Case No. 23-13095.

May 28, 2024

Respectfully submitted,

Christopher M. Carr
  *Attorney General of Georgia*
Stephen J. Petrany
  *Solicitor General*
GEORGIA DEPARTMENT OF LAW
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*/s/ Gene C. Schaerr*
Gene C. Schaerr
*Special Assistant Attorney General*
Donald M. Falk
Brian J. Field
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
dfalk@schaerr-jaffe.com
bfield@schaerr-jaffe.com

Bryan P. Tyson
*Special Assistant Attorney General*
Bryan F. Jacoutot
Diane Festin LaRoss
Donald P. Boyle, Jr.
Daniel H. Weigel
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
(678) 336-7249
btyson@taylorenglish.com
bjacoutot@taylorenglish.com
dlaross@taylorenglish.com
dboyle@taylorenglish.com
dweigel@taylorenglish.com

*Counsel for State
Defendants-Appellants*

13

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with the type volume limitation of Fed. R. App. P. 27(d)(2) because it contains 2,181 words.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Gene C. Schaerr*
Gene C. Schaerr