In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 23-13095

---

IN RE:
GEORGIA SENATE BILL 202.

---

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 1, 2025

For the Court: DAVID J. SMITH, Clerk of Court